THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

CASE NO.: ████████████

EUMALIE LAWRENCE,

     Plaintiff,

v.

DOLLAR TREE STORES, INC. AND
VILMARI NAVARRO,

     Defendants.

_____/

**DEFENDANT'S NOTICE OF REMOVAL**

TO:    THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF FLORIDA, ORLANDO DIVISION

Defendant, DOLLAR TREE STORES, INC,, by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1332 1441, 1446 and Local Rule 4.02, hereby removes this action, which is styled *Eumalie Lawrence v. Dollar Tree Stores, Inc. and Vilmari Navarro*, and designated Case No.: 2020 CA 001211, from the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida, in which the action is now pending, to the United States District Court for the Middle District of Florida, Orlando Division. In support of this removal, and pursuant to 28 U.S.C. § 1446, Dollar Tree Stores, Inc. (Defendant), states:

1.    This case is properly removable due to diversity of citizenship between Plaintiff,

Eumalie Lawrence, and Defendant, Dollar Tree Stores, Inc.  As more fully set forth below and its Motion to Dismiss for Fraudulent Joinder which is forth coming, Vilmari Navarro has been improperly joined in this matter.

2.    Venue is properly in the Middle Division of the Orlando District of Florida, pursuant to M.D.L.R. 1.02(b)(3).  This case was filed in the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida, on April 30, 2020.  Therefore, the Orlando Division is the proper Court for removal of this case.

3.    This Notice of Removal is being timely filed within thirty (30) days from May 19, 2020, the date upon which the Summons was served upon Defendant's Florida Registered Agent.  A copy of the Summons, Complaint and State Court Docket are attached collectively hereto as **Exhibit "A."**  Defendant has not filed a responsive pleading in the State Court**.**

4.    Defendant filed with the Clerk of the Circuit Court for the Ninth Judicial Circuit, in and for Osceola County, Florida, a true and correct copy of the Notice to State Court Clerk of Removal of Case to Federal Court pursuant to 28 U.S.C. § 1446(d).  A copy of the Notice to State Court Clerk of Removal of Case to Federal Court is attached hereto as **Exhibit "B."**

5.    The District Courts of the United States have original jurisdiction of this civil action as provided in 28 U.S.C. § 1332.  Under that section, this Court has jurisdiction based upon complete diversity of the parties as follows:

a.    Plaintiff, Eumalie Lawrence ("Plaintiff"), consents to her citizenship by alleging she lives in the State of Florida and resides in Osceola County. (*See*

Compl. ¶ 2) Further, The District Court has held that "proof of a Florida's driver license and voter registration may be used to corroborate the Florida residency requirement." *Snyder v. McLeod*, 971 So. 2d 166, 169 (Fla. Dist. Ct. App. 2007). Here, public records show that Plaintiff has lived in the State of Florida since 1990, has a professional license in the State of Florida as a "Certified Nursing Assistant" and is registered to vote in the State of Florida. A copy of the Comprehensive Background check is attached hereto as **Exhibit "C."** (see pgs. 2, 7, 8). Therefore, based on the totality of circumstances, it is clear Plaintiff is a citizen of Florida and intends to remain in the State of Florida.

b. Defendant, DOLLAR TREE STORES, INC, ("Defendant"), is a citizen of the State of Virginia. Defendant is a foreign corporation, organized under the laws of the State of Virginia with its principal place of business located at 500 Volvo Parkway Chesapeake, Virginia 23320. Although a company may conduct business in multiple places, the Supreme Court has recently determined that the "principal place of business" for a corporation is its nerve center: "the place where a corporation's officers direct, control, and coordinate the corporation's activities." *Hertz Corp. v. Friend*, 559 U.S. 77, 91–94 (2010) (establishing the "nerve center" test as uniform approach for determining corporate citizenship). A copy of Defendant's corporate filing with the State of Florida, showing the principal place of business and incorporation state of Virginia, is attached hereto as **Exhibit "D."**

**COLE, SCOTT & KISSANE, P.A.**
TOWER PLACE, SUITE 400 - 1900 SUMMIT TOWER BOULEVARD - ORLANDO, FLORIDA 32810 - (321) 972-0000 (321) 972-0099 FAX

Additionally, Dollar Tree Stores, Inc. is a foreign profit corporation, and the members of Dollar Tree Stores, Inc. are all foreign citizens. (*See* Affidavit of Colleen Stubbs, September 5, 2017, attached hereto as "**Exhibit E**.")

c.  Vilmari Navarro has been improperly and fraudulently joined in this lawsuit in an attempt to defeat diversity.  As more fully set forth in Defendant's Motion to Dismiss, merely stating that the defendant-employee was negligent, with no other facts as to how, is insufficient to assert liability on an individual basis. *White-Wilson Med. Ctr. v. Dayta Consultants, Inc.*, 486 So. 2d 659 (Fla. 1st DCA 1986); *see* also, *Pritchard v. Wal-Mart Stores, Inc.*, No. 8:09-cv-46-T-24TGW; 2009 WL 580425, at *2 (M.D. Fla. March 5, 2009); *Stephens*, 2009 WL 3674680, at *2.  Plaintiff cannot merely assert the same allegations against both Defendants to defeat diversity.  Plaintiff must allege facts separate, distinct, and legally sufficient for each Defendant.  Vilmari Navarro was not present on the day of the incident, thus even if there is liability (which we contend there is not), she was not in the course and scope of her employment, and as such the principal of vicarious liability would not apply.  Finally, Vilmari Navarro was never scheduled to work on the day of this incident, nor do Dollar Tree's records show that Vilmari Navarro clocked in or out on the day of this incident.  (*See* Affidavit of Alisha Boring, April 16, 2020, attached hereto as "**Exhibit F**.")  Therefore, Plaintiff fraudulently joined Ms. Navarro and diversity with Defendant (Dollar Tree Stores, Inc.) is satisfied.

6. The amount in controversy exceeds the minimum sum of $75,000, exclusive of interest and costs as laid out below.

   a. As to the amount in controversy, Plaintiff's Complaint only states that damages exceed the amount of $30,000 (*see* **Exhibit A**, Page 6, ¶ 1).  Since Plaintiff made an unspecified demand for damages in her state court pleading, the Defendant must establish by a preponderance of the evidence that the amount in controversy more likely than not exceeds the threshold requirement of 28 U.S.C. § 1332.  *See Roe v. Michelin N. Am., Inc.,* 613 F.3d 1058, 1061 (11th Cir. 2010); *Williams v. Best Buy Co.,* 269 F.3d 1316, 1319 (11th Cir. 2001).

   b. In the instant case, as part of Plaintiff's Complaint, she alleges that she and "suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, inconvenience, mental anguish, loss of the capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earning, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition both in the past and into the future."  (See **Exhibit A**, Page 9. ¶ 15.)  Plaintiff further alleges that her injuries are "either permanent or continuing" and Plaintiff alleges she "will suffer these losses in the future."  (See **Exhibit A**, Page 9. ¶ 15.)

   c. Based upon the allegations set forth in Plaintiff's Complaint, in its entirety, both in terms of economic and non-economic damages, Plaintiff's claims

**COLE, SCOTT & KISSANE, P.A.**
TOWER PLACE, SUITE 400 - 1900 SUMMIT TOWER BOULEVARD - ORLANDO, FLORIDA 32810 -  (321) 972-0000 (321) 972-0099 FAX

fully support a conclusion that she is seeking damages to be awarded in excess of the jurisdictional limits of this Court.  Therefore, subject matter jurisdiction, even if Plaintiff did not specifically allege $75,000 in the original Complaint, is vested in this Court.

d.  Plaintiff has previously provided information related to extensive medical expenses related to right shoulder surgery and multiple disc herniation's to which she credits causation to this incident.  While the Defendant does not stipulate to the reasonableness, necessity or causation related to the medical bills expenses or the causation arguments related thereto, it is reasonable to infer that the hospital expenses are extensive.  The Plaintiff also filed this matter merely 14 months after the incident previously alluding to the surmounting medical expenses as cause for same.  Even without considering any other treatment or future treatment, it is reasonable to conclude that these expenses meet or exceed the jurisdictional amount in controversy and thus establishes, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.  *See Degeorge v. Geico Gen. Ins. Co.*, 6:12-cv-1654-Orl-37GJK, 2012 U.S. Dist. LEXIS 176654, 2012 WL 6212916, *2 (MD Fla. Dec. 13, 2012) (finding diversity jurisdiction by analyzing details of demand letter in support of removal).

e.  Plaintiff also sent Sedgwick, Defendant's Claim Management Servicer a demand requesting an offer to settle for an amount of controversy of more than $75,000 to which Defendant declined to agree to same prior to filing

of Defendant's Removal and Motion to Dismiss.  (*See* corresp. from Stefano Batista-Cagan Esq. – Morgan and Morgan P.A. to Dionne Burress, Sedgwick Claims Management dated January 21, 2020, attached hereto as **Exhibit "G"**)

7.   Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant shall file its Answer or present its defenses or objections to the Complaint within seven days of the filing of this Notice of Removal.

WHEREFORE, for the above-stated reasons, Defendant prays that Civil Action No. 2020 CA 001211 now pending in Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida be removed to this Federal Court.

Respectfully submitted, this 18th day of June, 2020.

[CERTIFICATE OF SERVICE ON NEXT PAGE]

**COLE, SCOTT & KISSANE, P.A.**
TOWER PLACE, SUITE 400 - 1900 SUMMIT TOWER BOULEVARD - ORLANDO, FLORIDA 32810 -  (321) 972-0000 (321) 972-0099 FAX

CASE NO.: 35-2020-CA-000633

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 18th day of June, 2020, a true and correct copy

of the foregoing has been furnished by electronic filing with the Clerk of the court via

CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants Dollar Store Trees, Inc*
*and Vilmari Navarro*
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810
Telephone (321) 972-0029
Facsimile (321) 972-0099
Primary e-mail: melissa.crowley@csklegal.com
Secondary e-mail: Thomas.Renda@csklegal.com
Alternative e-mail:
susan.grissinger@csklegal.com

By:   s/ Melissa D. Crowley
      MELISSA D. CROWLEY
      Florida Bar No.:  90984

7006.0059/30192355984-0001



# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Cynthia Bertucci<br>Dollar Tree, Inc.<br>500 Volvo Pkwy<br>Chesapeake, VA 23320-1604 |
| **Electronic copy provided to:** | JJ Jacobson-Allen<br>Heather Hunter |

| | |
|---|---|
| **Entity:** | Dollar Tree Stores, Inc.<br>Entity ID Number  3697563 |
| **Entity Served:** | Dollar Tree Stores, Inc. |
| **Title of Action:** | Eumalie Lawrence vs. Dollar Tree Stores, Inc. |
| **Matter Name/ID:** | Eumalie Lawrence vs. Dollar Tree Stores, Inc. (10250931) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Osceola County Circuit Court, FL |
| **Case/Reference No:** | 2020CA1211ON |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 05/19/2020 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Stefano Batista-Cagan<br>407-420-1414 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Exhibit "A"

Filing # 106912830 E-Filed 04/30/2020 03:12:48 PM

Date: 5/19/20  Time: 905h
MCN #111
is a certified process server in the
and County Courts in and for the
Second Judicial Circuit

## IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR OSCEOLA COUNTY, FLORIDA

CASE NO: 2020 CA 1211 on

EUMALIE LAWRENCE,

    Plaintiff,

vs.

DOLLAR TREE STORES, INC. AND
VILMARI NAVARRO,

    Defendants.

_____ /

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, Interrogatories, Request for Production and Request for Admissions in the above-styled cause upon the Defendant:

### DOLLAR TREE STORES, INC.
c/o Registered Agent- Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

    Each Defendant is hereby required to serve written defenses to said Complaint or Petition on STEFANO BATISTA-CAGAN, ESQ., **Morgan & Morgan, P.A.,** 20 North Orange Avenue, Suite 1600, P.O. Box 4979, Orlando, Florida 32802-4979, Telephone: (407) 420-1414, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

1

Exhibit "A"

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the ADA Coordinator, Human Resources, **OSCEOLA COUNTY COURTHOUSE, 2 COURTHOUSE SQUARE, SUITE 200, KISSIMMEE, FLORIDA 34741, (407) 742-2400**, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

WITNESS my hand and the seal of this Court on this the  5  day of _May_ , 2020

Clerk of the Circuit Court

By _____
     As Deputy Clerk

2

Exhibit "A"

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un

Exhibit "A"

avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**MORGAN & MORGAN, P.A.**
**POST OFFICE BOX 4979**
**20 NORTH ORANGE AVENUE, SUITE 1600**
**ORLANDO, FLORIDA 32802-4979**

4

Exhibit "A"

Filing # 106912830 E-Filed 04/30/2020 03:12:48 PM

IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT IN AND FOR OSCEOLA
COUNTY, FLORIDA

CASE NO:

EUMALIE LAWRENCE,

       Plaintiff,

vs.

DOLLAR TREE STORES, INC. AND
VILMARI NAVARRO,

       Defendants.

_____ /

## COMPLAINT

COMES NOW Plaintiff, **EUMALIE LAWRENCE**, and sues Defendants, **DOLLAR TREE STORES, INC. AND VILMARI NAVARRO**, and alleges:

1.    This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2.    Plaintiff, EUMALIE LAWRENCE, is a natural person residing in Osceola County, Florida.

1

Exhibit "A"

3.      At all times material hereto, Defendant, DOLLAR TREE STORES, INC., is a Florida Profit Corporation, licensed to and doing business in the State of Florida.

4.      At all times material to this action Defendant, VILMARI NAVARRO, was a natural person residing in Osceola County, Florida, working as an employee for the Defendant, DOLLAR TREE STORES, INC.

5.      At all times material hereto, Defendant, DOLLAR TREE STORES, INC., was the owner and operated a business located at 650 Centerview Boulevard, Kissimmee, FL 34741 said business being that of a store, open to the general public, including the Plaintiff herein.

6.      At all times material to this cause of action, Defendant had possession and control of the store located at 650 Centerview Boulevard, Kissimmee, FL 34741, where the incident described in this Complaint occurred and was responsible for maintenance and upkeep of said premises.

7.      On or about February 25, 2019, Plaintiff visited Defendant's premises located at the above address as a business invitee.

8.      At that time and place, Defendant, VILMARI NAVARRO, was an employee of the Defendant, DOLLAR TREE STORES, INC., as the manager as was in charge of the daily operations and had the responsibility to ensure that the Defendant's premises are maintained on a daily basis in a clean and safe manner.

9.      At said time and place, Plaintiff was a guest at the store, lawfully upon the premises of the Defendant, who owed Plaintiff a non-delegable duty to exercise reasonable care for her safety.

10.     At the time Plaintiff was in Dollar Tree, located at 650 Centerview Boulevard, Kissimmee, FL 34741, a dangerous condition existed on said premises. This dangerous condition consisted of a glitter liquid glue substance on the flooring.

## COUNT I- NEGLIGENCE CLAIM AGAINST DEFENDANT, DOLLAR TREE STORES, INC.

2

Exhibit "A"

11.     Plaintiff, EUMALIE LAWRENCE, reiterates and re-alleges paragraphs 1-10 set forth herein and further states:

12.     At said time and place, Defendant, DOLLAR TREE STORES, INC., breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

a)     Negligently failing to maintain or adequately maintain the premises/flooring, thus creating a slip hazard to members of the public utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

b)     Negligently failing to inspect or adequately inspect the premises/flooring, as specified above, to ascertain whether the glitter liquid glue substance on the floor constituted a slip hazard to patrons utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

c)     Negligently failing to inspect or adequately warn the Plaintiff of the danger of the premises/flooring when Defendant knew or through the exercise of reasonable care should have known that said premises/flooring was unreasonably dangerous and that Plaintiff was unaware of same;

d)     Negligently failing to correct and/or maintain and/ repair and/or adequately correct and/or replace the unreasonably dangerous condition of the flooring on Defendant's premises, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care;

e)     Negligently failing to have adequate staff on duty and/or assigned to the task of inspecting/maintaining the premises/flooring for dangerous conditions;

f)     Negligently failing to train and/or inadequately training its employees to inspect the premises for dangerous conditions;

g)     Negligently failing to follow its own corporate policy(ies) regarding the dangerous condition;

h)     Negligently failing to act reasonably under the circumstances;

3

Exhibit "A"

    i)       Negligently engaging in a mode of operations when Defendant knew, or should have known, that said mode of operations would result in dangerous conditions to the general public, including the Plaintiff herein; and

    j)       Negligently failing to render aid to the Plaintiff after her fall and/or negligently rendering aid to the Plaintiff after her fall.

13.    As a result, while Plaintiff was visiting Defendant's business, she slipped and fell on a glitter liquid glue substance, sustaining injuries as set forth.

14.    The specific manner in which Plaintiff was injured was foreseeable to Defendant and Defendant knew or should have known of the specific risks of harm to Plaintiff as a result of Defendant's negligence.

15.    As a direct and proximate result of the negligence of Defendant, DOLLAR TREE STORES, INC., Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, EUMALIE LAWRENCE, sues the Defendant, DOLLAR TREE STORES, INC., for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

## COUNT II- NEGLIGENCE CLAIM AGAINST DEFENDANT, VILMARI NAVARRO

16.    Plaintiff, EUMALIE LAWRENCE, reiterates and re-alleges paragraphs 1-10 set forth herein and further states:

17.    On or about February 25, 2019, the Defendant, VILMARI NAVARRO, owed the Plaintiff the duty to exercise reasonable care for the safety of the Plaintiff, EUMALIE LAWRENCE.

4

Exhibit "A"

18.     At said time and place, Defendant, VILMARI NAVARRO, owed a duty of reasonable care to his customers, including the Plaintiff, to provide a reasonably safe premise, to inspect and maintain this premises, and to request and authorize maintenance to this premises, located at 650 Centerview Boulevard, Kissimmee, FL 34741, such that his customers would be protected from reasonably foreseeable injuries.

19.     At said time and place, Defendant, VILMARI NAVARRO, breached his duty owed to Plaintiff by committing one or more of the following omissions or commissions:

a)     Failing to prevent reasonably foreseeable injuries and creating a foreseeable risk of harm to customers by failing to repair or properly maintain the premises/flooring;

b)     Failing to adequately warn Plaintiff of the dangerous condition that he knew, or should have known of;

c)     Failing to adequately remedy the dangerous condition or otherwise remove it;

d)     Failing to properly train his employees in adequately remedying issues with the premises/flooring, and/or failing to properly supervise them in maintaining the same;

e)     Failing to properly train his employees in adequately warning customers of the store's dangerous conditions, such as a liquid substance on the premises/flooring, through the proper placement of warning signs, and/or failing to properly supervise them in maintaining the same; and

f)     Failing to alert DOLLAR TREE STORE, INC., of the dangerous condition, in order to request and authorize repairs or proper maintenance of the premises/flooring.

20.     As a direct and proximate cause of the negligence of the Defendant, VILMARI NAVARRO, the Plaintiff, while visiting Defendant's property or property controlled by the Defendant as a business invitee, slipped and fell in a glitter liquid substance on the floor, sustaining injuries as set forth.

Exhibit "A"

21.    As a direct and proximate result of the negligence of Defendant, VILMARI NAVARRO, Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, EUMALIE LAWRENCE, sues the Defendant, VILMARI NAVARRO, for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 30th day of April, 2020

/s/ Stefano Batista-Cagan, Esq._____
STEFANO BATISTA-CAGAN, ESQ.
FBN: 112376
Morgan & Morgan, P.A.
20 N. Orange Avenue
Suite 1600
Orlando, FL 32801
Telephone Phone: (407) 420-1414
Facsimile: (407) 245-3495
Primary email: SBatista-Cagan@forthepeople.com
Secondary email: jwardrop@forthepeople.com
Attorneys for Plaintiff

Exhibit "A"

**2020 CA 001211 ON - LAWRENCE, EUMALIE vs. DOLLAR TREE STORES INC**

### SUMMARY

| | | |
|---|---|---|
| **Judge:** MURPHY, MICHAEL | **Case Type:** PREMISES LIABILITY COMMERCIAL-OTHER NEGLIGENCE | **Status:** OPEN |
| **Case Number:** 2020 CA 001211 ON | **Uniform Case Number:** 492020CA001211XXXXXX | |
| **Clerk File Date:** 4/30/2020 | **Status Date:** 4/30/2020 | |
| **SAO Case Number:** | **Total Fees Due:** 0.00 | |
| **Agency:** | **Agency Report #:** | **Custody Location:** |

### PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| PLAINTIFF | LAWRENCE, EUMALIE | BATISTA-CAGAN, STEFANO (Main Attorney) |
| DEFENDANT | DOLLAR TREE STORES INC | |
| DEFENDANT | NAVARRO, VILMARI | |

### EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| | | No Events on Case | | |

### CASE HISTORY

| CASE NUMBER | CHARGE DESCRIPTION | CASE STATUS | DISPOSITION | OUTSTANDING AMOUNT | NEXT EVENT | ALERTS |
|---|---|---|---|---|---|---|
| | | | No Additional Cases | | | |

### CASE DOCKETS

| IMAGE | DATE | ENTRY |
|---|---|---|
| 3 | 6/8/2020 | DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |
| 4 | 5/18/2020 | SUMMONS ISSUED (EMAILED TO ATTY) |
| 4 | 5/5/2020 | SUMMONS ISSUED (EMAILED TO ATTY) |
| 1 | 5/4/2020 | PAYMENT $420.00 RECEIPT #2020038966 |
| | 5/1/2020 | CASE FILED 05/01/2020 CASE NUMBER 2020 CA 001211 ON |
| 1 | 4/30/2020 | DESIGNATION OF E-MAIL ADDRESSES PURSUANT TO RULE 2.516 |
| 11 | 4/30/2020 | NOTICE OF SERVICE OF INTERROGATORIES TO DEFENDANT |
| 4 | 4/30/2020 | REQUEST FOR ADMISSIONS TO DEFENDANT |
| 7 | 4/30/2020 | REQUEST FOR PRODUCTION TO DEFENDANT |
| 4 | 4/30/2020 | SUMMONS TO BE ISSUED |
| 4 | 4/30/2020 | SUMMONS TO BE ISSUED |
| 6 | 4/30/2020 | COMPLAINT |
| 2 | 4/30/2020 | CIVIL COVER SHEET |

Exhibit "A"

IN THE CIRCUIT COURT OF
THE NINTH JUDICIAL CIRCUIT,
IN AND FOR OSCEOLA COUNTY, FLORIDA

CASE NO.:2020 CA 001211

EUMALIE LAWRENCE,

     Plaintiff,

v.

DOLLAR TREE STORES, INC. AND
VILMARI NAVARRO

     Defendants.

_____/

## NOTICE TO STATE COURT OF
## DEFENDANT'S FILING NOTICE OF REMOVAL

| TO: | Clerk of the Court<br>Ninth Judicial Circuit Court,<br>In and For Osceola County, Florida |
|-----|----------------------------------------------------------------------------------------------|

     Pursuant to 28 U.S.C. § 1446(d), Defendant, DOLLAR TREE STORES, INC., submits for filing with this Court a copy of its Notice of Removal which it submitted for filing with the Office of the Clerk of the United States District Court for the Middle District of Florida, Orlando Division on June 18, 2020.  The Notice of Removal removes this action from the Circuit Court, Ninth Judicial Circuit in and for Osceola County, Florida to the United States District Court for the Middle District of Florida, Orlando Division.

     Respectfully submitted, this 18th day of June, 2020.

**COLE, SCOTT & KISSANE, P.A.**
TOWER PLACE, SUITE 400 - 1900 SUMMIT TOWER BOULEVARD - ORLANDO, FLORIDA 32810  -  (321) 972-0000 (321) 972-0099 FAX

Exhibit "B"

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of June, 2020, a true and correct

copy of the foregoing has been furnished by electronic filing with the Clerk of the

court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants Dollar Tree Stores,*
*Inc. and Vilmari Navarro*
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810
Telephone (321) 972-0029
Facsimile (321) 972-0099
Primary e-mail:
melissa.crowley@csklegal.com
Secondary e-mail:
Thomas.Renda@csklegal.com
Alternative e-email:
susan.grissinger@csklegal.com

By:   s/Melissa D. Crowley
MELISSA D. CROWLEY
Florida Bar No.:  90984
THOMAS J. RENDA
Florida Bar No.: 1022420

7006.0059/30192355984-0001

Exhibit "B"

**Important:**  The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA).  Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  No Permissible Purpose
**Your GLBA Permissible Use:**  No Permissible Purpose
**Your DMF Permissible Use:**  No Permissible Purpose

## Comprehensive Report

**Date:** 05/27/20
**Reference Code:** 1234

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

**Report processed by:**
Cole, Scott & Kissane, P.A.
9150 South Dadeland Blvd
Miami, FL 33256
305-350-5300 Main Phone
305-373-2294 Fax

**Subject Information
(Best Information for Subject)**
Name:  EUMALIE V EUMALIE
Date of Birth: **2/18/1949**
Age: **71**
SSN:  580-02-xxxx issued in **Virgin Islands or Puerto Rico** between **1/1/1972** and **12/31/1974**
View All SSN Sources

**AKAs
(Names Associated with Subject)**

EUMALIE V EUMALIE
   Age: **71**   SSN:  580-02-xxxx
EUMALIE V LAWRENCE
   Age: **71**   SSN:  580-02-xxxx
LAWRENCE EUMALIE
   Age: **71**   SSN:  580-02-xxxx
LAWRENCE V GUMALIE
   Age: **71**   SSN:  580-02-xxxx
EUMALIE LAWRENCE
   Age: **71**   SSN:  580-02-xxxx
LAWRENCE V EUMALE
   Age: **71**   SSN:  580-02-xxxx
VERONICA LAWRENCE EUMALIE
   Age: **71**   SSN:  580-02-xxxx
EUMALIE LAURENCE
   Age: **71**   SSN:  580-02-xxxx
EUMALIE L LAWRENCE
   Age: **71**   SSN:  580-02-xxxx
EUMALIE VERONICA LAWRENCE
   Age: **71**   SSN:  580-02-xxxx
V GUMALIE
   Age: **71**   SSN:  580-02-xxxx
EMALIE LAWRENCE
   Age: **71**   SSN:  580-02-xxxx
LAWRENCE V EMUALIE
   Age: **71**   SSN:  580-10-xxxx

**Indicators**

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **No**

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)

     VICTTOR CORNELUIS   DOB: 9/13/1956
     580-02-xxxx issued in Virgin Islands or Puerto Rico   between   1/1/1972   and   12/31/1974
     VICTOR A CORNELIUS   DOB: 9/13/1956
     580-02-xxxx issued in Virgin Islands or Puerto Rico   between   1/1/1972   and   12/31/1974
     VICTOR A CORNELIUS   DOB: 9/13/1956
     580-02-xxxx issued in Virgin Islands or Puerto Rico   between   1/1/1972   and   12/31/1974
     VICTOR CORNELIUS   DOB: 9/13/1956
     580-02-xxxx issued in Virgin Islands or Puerto Rico   between   1/1/1972   and   12/31/1974
     A CORNELUIS   DOB: 9/13/1956
     580-02-xxxx issued in Virgin Islands or Puerto Rico   between   1/1/1972   and   12/31/1974
     LAWRENCE E VERONICA
     580-02-xxxx issued in Virgin Islands or Puerto Rico   between   1/1/1972   and   12/31/1974

**Address Summary:**    View All Address Variation Sources

     1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY (Sep 2006 - Jan 2020)
     3800 W TOWN CENTER BLVD APT, ORLANDO, FL 32837-6196, ORANGE COUNTY (Aug 2016 - May 2017)
     431 14TH ST NE, NAPLES, FL 34120-9407, COLLIER COUNTY (Sep 1991 - Dec 2007)
     431 144TH ST NE, NAPLES, FL 34120, COLLIER COUNTY (Sep 2005)
     574 14TH ST N, NAPLES, FL 34102-3430, COLLIER COUNTY (Aug 1989 - Jul 2004)
     4300 JEFFERSON LN, NAPLES, FL 34116-3033, COLLIER COUNTY (Apr 2002 - Dec 2003)
     LYTTON, ST THOMAS, VI 00801 (Aug 1990)
     LYTTON FANCY 8GI, ST THOMAS, VI 00801 (Apr 1990)

**Active Address(es):**    View All Address Variation Sources

     [None Found]

**Previous And Non-Verified Address(es):**    View All Address Variation Sources
     1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY (Sep 2006 - Jan 2020)
       **Name Associated with Address:**
       LAWRENCE EUMALIE
         **Current Residents at Address:**
       LESA V BROWN
       BRENDA INGA GADSDEN
       EUMALIE V EUMALIE
       PETER D LAWRENCE
       ALFONSO DELAINE BROWN
       SHANICE SALEACHIA SMITH
       RICARDO REGINALD HIELD
       MAKAYLA GADSDEN
       239-455-7994

       **Property Ownership Information for this Address**
       **Property:**
         Parcel Number - 25-26-28-6138-2079-0260
         Book - 3561
         Page - 1016
         Owner Name: EUMALE V LAWRENCE
         Owner Name 2: PETER D LAWRENCE
         Property Address - 1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY
         Owner Address: 1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY
         Sale Date - 08/28/2007

Exhibit "C"

                    Loan Amount - $10,000
                    Loan Type - CONVENTIONAL
                    Data Source - A
          **Neighborhood Profile (2010 Census)**
                    Average Age: 30
                    Median Household Income: $45,787
                    Median Owner Occupied Home Value: $189,403
                    Average Years of Education: 12
     3800 W TOWN CENTER BLVD APT, ORLANDO, FL 32837-6196, ORANGE COUNTY (Aug 2016 - May 2017)
          **Name Associated with Address:**
                    LAWRENCE EUMALIE
          **Property Ownership Information for this Address**
               **Property:**
                         Parcel Number - 29-24-28-2341-00-080
                         Book - 9315
                         Page - 1916
                         Owner Name: SENIOR LIVINGMT HUNTERS WOODS LLC
                         Property Address: - 3800 W TOWN CENTER BLVD, ORLANDO, FL 32837-6196, ORANGE
COUNTY
                         Sale Date - 04/23/2007
                         Sale Price - $66,500
                         Land Usage - CONVALESCENT HOSPITAL
                         Subdivision Name - EAST VILLAGE TOWN CENTER
                         Total Market Value - $8,899,544
                         Assessed Value - $8,899,544
                         Land Value - $1,843,120
                         Improvement Value - $7,056,424
                         Land Size - 180,698 Square Feet
                         Year Built - 2000
                         Seller Name: RES SENIOR LIVING LLC
                         Legal Description - EAST VILLAGE TOWN CENTER 27/119 PT OF LOT 8 DESC AS BEG NW
COR LOT 8 RUN N 65 DEG E 659.48 FT S 24 DEG E 180 FT S 65 DEGW 380 FT S 24 DEG E 227 FT S 65 DEG
W 273.37 FT N 25 DEG W 407.06 FT TO POB
                    Data Source - A
          **Neighborhood Profile (2010 Census)**
                    Average Age: 33
                    Median Household Income: $68,764
                    Median Owner Occupied Home Value: $344,759
                    Average Years of Education: 13
     431 14TH ST NE, NAPLES, FL 34120-9407, COLLIER COUNTY (Sep 1991 - Dec 2007)
          **Name Associated with Address:**
                    EUMALIE LAWRENCE
               **Current Residents at Address:**
                    JAYE G PROCH
                    ARNALDO P GONZALEZ
                    JOHNNIE MCDANIELS
                    CARLOS RAFAEL PEREZ
     **Current phones listed at this address:**
                    239-348-8322 - EDT SAINZ ALMA

                    239-455-0305 - EDT MCDANIELS JOHNNIE

                    239-455-2994

          **Property Ownership Information for this Address**
               **Property:**
                         Parcel Number - 39268600006
                         Book - 1575
                         Page - 706
                         Owner Name: EUMALIE V LAWRENCE
                         Owner Name 2: PETER LAWRENCE

Exhibit "C"

Property Address: - 431 14TH ST NE, NAPLES, FL 34120-9407, COLLIER COUNTY
Owner Address: 431 14TH ST NE, NAPLES, FL 34120-9407, COLLIER COUNTY
Sale Price - $72,900
Land Usage - SFR
Subdivision Name - GOLDEN GATE ESTATES UNIT 49
Total Market Value - $115,973
Assessed Value - $59,919
Land Value - $32,604
Improvement Value - $83,369
Land Size - 49,658 Square Feet
Year Built - 1990
Seller Name: METRO GROUP INCORPORATED
Legal Description - GOLDEN GATE EST UNIT 49 S 75FT OF N 150FT OF TR 100 OR 1575 PG

706

Loan Amount - $73,853
Loan Type - FEDERAL HOUSING AUTHORITY
Lender Name - IDL MTG
Data Source - A

**Neighborhood Profile (2010 Census)**
Average Age: 39
Median Household Income: $73,390
Median Owner Occupied Home Value: $381,737
Average Years of Education: 11

431 144TH ST NE, NAPLES, FL 34120, COLLIER COUNTY (Sep 2005)
**Name Associated with Address:**
EUMALIE LAURENCE
**Neighborhood Profile (2010 Census)**
Average Age: 37
Median Household Income: $73,685
Median Owner Occupied Home Value: $329,897
Average Years of Education: 12

574 14TH ST N, NAPLES, FL 34102-3430, COLLIER COUNTY (Aug 1989 - Jul 2004)
**Name Associated with Address:**
EUMALIE LAURENCE
**Current Residents at Address:**
HOLLY ANGELIA WEEKS
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 18162600000
Book - 3898
Page - 659
Owner Name: JOHN W SCHELTER
Owner Name 2: NICOLE N SCHELTER
Property Address: - 574 14TH ST N, NAPLES, FL 34102-3430, COLLIER COUNTY
Sale Date - 09/23/2005
Sale Price - $475,000
Land Usage - SFR
Subdivision Name - RIVER PARK EAST
Total Market Value - $290,677
Assessed Value - $180,935
Land Value - $205,846
Improvement Value - $84,831
Land Size - 8,712 Square Feet
Year Built - 1968
Seller Name: MARJORIE DAVIS
Seller Name 2: WILLIE L DAVIS
Legal Description - RIVER PARK EAST BLK 4 LOT 59
Loan Amount - $359,000
Loan Type - CONVENTIONAL
Lender Name - CITIMORTGAGE
Data Source - A

Exhibit "C"

**Neighborhood Profile (2010 Census)**
Average Age: 36
Median Household Income: $33,636
Median Owner Occupied Home Value: $664,773
Average Years of Education: 12
4300 JEFFERSON LN, NAPLES, FL 34116-3033, COLLIER COUNTY (Apr 2002 - Dec 2003)
**Name Associated with Address:**
E LAWRENCE
239-353-7536

LYTTON, ST THOMAS, VI 00801 (Aug 1990)
**Name Associated with Address:**
EUMALIE V LAWRENCE
LYTTON FANCY 8GI, ST THOMAS, VI 00801 (Apr 1990)
**Name Associated with Address:**
EUMALIE LAWRENCE

**Bankruptcies:**

[None Found]

**UCC Filings:**
Original Filing Number: 202001173049
Original Date: Mar 20, 2020
Filing Agency: SECRETARY OF STATE/UCC DIVISION
Filing Agency Address: 500 SOUTH BRONOUGH STREET, TALLAHASSEE, FL 32399
Filing State: FL

Debtor(s):
Debtor Name: EUMALIE LAWRENCE
Debtor SSN/FEIN: 580-02-xxxx
Debtor Address: 1019 EIFFEL LN, KISSIMMEE, FL 34759-3419

Debtor Name: PETER LAWRENCE
Debtor SSN/FEIN: 580-10-xxxx
Debtor Address: 1019 EIFFEL LN, KISSIMMEE, FL 34759-3419

Secured(s):
Secured Name: LOANPAL, LLC
Secured Address: 8781 SIERRA COLLEGE BLVD, ROSEVILLE, CA 95661-5920

Filing(s):
Filing Type: INITIAL FILING
Filing Number: 202001173049
Filing Status:
Date Filed: Mar 20, 2020
Filing Expiration Date: 3/20/2025
Pages: 1

Collateral(s):
Description: 03/20/2020 202001173049 - EQUIPMENT

**Phones Plus:** Phone Finder Ultimate
[None Found]

Exhibit "C"

**Possible Utility Information:**
    [None Found]


**People at Work:**
*Maximum 50 People at Work records returned*

    Name: EUMALIE V EUMALIE
    Title: CNA
    SSN: 580-02-xxxx
    Company: HERITAGE HEALTHCARE & REHAB CTR
    Address: 777 TAMIAMI TRL, NAPLES, FL 34102-8135
    Phone: 239-261-8126
    FEIN:
    Dates:


**Possible Properties Owned by Subject:**

    **Property:**
        Parcel Number - 25-26-28-6138-2079-0260
        Book - 3561
        Page - 1016
        Owner Name: EUMALE V LAWRENCE
        Owner Name 2: PETER D LAWRENCE
        Property Address - 1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY
        Owner Address: 1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY
        Sale Date - 08/28/2007
        Loan Amount - $10,000
        Loan Type - CONVENTIONAL
        Data Source - A

    **Property:**
        Parcel Number - 39268600006
        Book - 1575
        Page - 706
        Owner Name: EUMALIE V LAWRENCE
        Owner Name 2: PETER LAWRENCE
        Property Address: - 431 14TH ST NE, NAPLES, FL 34120-9407, COLLIER COUNTY
        Owner Address: 431 14TH ST NE, NAPLES, FL 34120-9407, COLLIER COUNTY
        Sale Price - $72,900
        Land Usage - SFR
        Subdivision Name - GOLDEN GATE ESTATES UNIT 49
        Total Market Value - $115,973
        Assessed Value - $59,919
        Land Value - $32,604
        Improvement Value - $83,369
        Land Size - 49,658 Square Feet
        Year Built - 1990
        Seller Name: METRO GROUP INCORPORATED
        Legal Description - GOLDEN GATE EST UNIT 49 S 75FT OF N 150FT OF TR 100 OR 1575 PG 706
        Loan Amount - $73,853
        Loan Type - FEDERAL HOUSING AUTHORITY
        Lender Name - IDL MTG
        Data Source - A


**Watercraft:**
    [None Found]

Exhibit "C"

Comprehensive Report

**FAA Certifications:**
    [None Found]

**FAA Aircrafts:**
    [None Found]

**Possible Criminal Records:**
    [None Found]

**Sexual Offenses:**
    [None Found]

**Professional License(s):**

   **Professional License 1**
   Name: LAWRENCE EUMALIE
   License Address: 1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY
   License State: Florida
   License Number: CNA54889
   License Type: NURSE ASSISTANT
   Profession/Board: NURSING
   License Status: NULL AND VOID
   Issue Date:  Jul 16, 1990
   Expiration Date:  Dec 31, 2012

   **Professional License 2**
   Name: EUMALIE LAWRENCE
   License Address: 1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY
   License State: Florida
   License Number: 4401-447448
   License Type: CERTIFIED NURSING ASSISTANT
   Profession/Board: HEALTH
   License Status: CLEAR ACTIVE
   Issue Date:  Jul 16, 1990
   Expiration Date:  Dec 31, 2010

   **Professional License 3**
   Name: EUMALIE LAWRENCE
   License Address: 431 14TH ST NE, NAPLES, FL 34120-9407, COLLIER COUNTY
   License State: Florida
   License Number: 4401-55037
   License Type: CERTIFIED NURSING ASSISTANT
   Profession/Board: HEALTH
   License Status: CLEAR ACTIVE
   Issue Date:  Jul 16, 1990
   Expiration Date:  Dec 31, 2007

   **Professional License 4**
   Name: EUMALIE LAURENCE
   License Address: 431 144TH ST NE, NAPLES, FL 34120, COLLIER COUNTY
   License State: Florida
   License Number: 4401-0790 580026792
   License Type: CERTIFIED NURSING ASSISTANT
   Profession/Board: HEALTH
   License Status: CLEAR
   Issue Date:  Jul 16, 1990
   Expiration Date:  Dec 31, 2005

   **Professional License 5**

Exhibit "C"

Comprehensive Report

Name: EUMALIE LAURENCE
License Address: 574 14TH ST N, NAPLES, FL 34102-3430, COLLIER COUNTY
License State: Florida
License Number: 4401-0790 580026792
License Type: CERTIFIED NURSING ASSISTANT
Profession/Board: HEALTH
Issue Date:  Jul 16, 1990

**Voter Registration:**

Name: VERONICA LAWRENCE EUMALIE
Address: 1019 EIFFEL LN, KISSIMMEE, FL 34759-3419
DOB: 2/18/1949
Gender: Female
Ethnicity: BLACK
Last Vote Date: 11/6/2018
Registration Date: 2/24/2003
Political Party: DEMOCRAT
State of Registration: Florida
Status: ACTIVE

Name: VERONICA LAWRENCE EUMALIE
Address: 1019 EIFFEL LN, KISSIMMEE, FL 34759-3419
DOB: 2/18/1949
Gender: Female
Ethnicity: BLACK
Last Vote Date: 11/8/2016
Registration Date: 2/24/2003
Political Party: DEMOCRAT
State of Registration: Florida
Status: ACTIVE

Name: VERONICA LAWRENCE EUMALIE
DOB: 2/18/1949
Gender: Female
Last Vote Date: 11/6/2018
Registration Date: 2/24/2003
Political Party: DEMOCRAT
State of Registration: Florida
Status: ACTIVE

Name: EUMALIE V LAWRENCE
Address: 1019 EIFFEL LN, KISSIMMEE, FL 34759-3419
DOB: 2/18/1949
Gender: Female
Ethnicity: BLACK
Last Vote Date: 11/4/2008
Registration Date: 2/24/2003
Political Party: DEMOCRAT
State of Registration: Florida
Status: ACTIVE

**Hunting/Fishing Permit:**
[None Found]

**Concealed Weapons Permit:**
[None Found]

**Possible Associates:**

Exhibit "C"

BRENDA INGA GADSDEN  DOB: 10/28/1970
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

**Names Associated with Associate:**
BRENDA I CUFFY  DOB: 10/28/1970
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

BRENDA C HIELD  DOB: 10/28/1970
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

BRENDA C CUFFY I  DOB: 10/28/1970
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

BRENDA CUTTY  DOB: 10/28/1970
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

BRENDA INGA HIELD SR  DOB: 10/28/1970
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

B I GADSDEN  DOB: 10/28/1970
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

BRENDA L GADSEN  DOB: 10/28/1970
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

BRENDA I CUFFY  DOB: 1971
580-24-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1936  and  12/31/1951
BRENDA INGA HIELD  DOB: 1971
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

**Previous And Non-Verified Address(es):**
611A 34TH ST, WINTER HAVEN, FL 33880, POLK COUNTY (Apr 2018 - Jul 2018)
611 34TH ST NW, WINTER HAVEN, FL 33880-1812, POLK COUNTY (Mar 2016 - Apr 2018)
4124 VISTA LAGO CIR APT 207, KISSIMMEE, FL 34741-1849, OSCEOLA COUNTY
(Nov 2010 - May 2012)
2240 CHARDONNAY CT W, KISSIMMEE, FL 34741-3422, OSCEOLA COUNTY (Nov 2008 - May 2012)
2440 8TH AVE NE, NAPLES, FL 34120-4917, COLLIER COUNTY (Dec 2000 - Apr 2012)
2229 POLO CLUB DR UNIT 103, KISSIMMEE, FL 34741-2610, OSCEOLA COUNTY
(Nov 2008 - Oct 2010)
1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY (Mar 2007 - Apr 2007)
8645 SADDLEBROOK CIR APT 3102, NAPLES, FL 34104-7467, COLLIER COUNTY
(Nov 2006 - Apr 2007)
905 SANDALWOOD DR, FAYETTEVILLE, NC 28304-4160, CUMBERLAND COUNTY
(Dec 1997 - Nov 2005)
8625 SADDLEBROOK CIR APT 1105, NAPLES, FL 34104-7454, COLLIER COUNTY
(Mar 2005 - May 2005)

DAVID MICHAEL GADSDEN  DOB: 7/29/1955
264-25-xxxx issued in Florida  between  1/1/1970  and  12/31/1970
**Names Associated with Associate:**
DAVID MITCHELL GADSDEN JR  DOB: 7/29/1955
264-25-xxxx issued in Florida  between  1/1/1970  and  12/31/1970
DAVID GADSDEN  DOB: 7/29/1955
264-25-xxxx issued in Florida  between  1/1/1970  and  12/31/1970
DAVID MITCHEL GADSDEN  DOB: 7/29/1955
264-25-xxxx issued in Florida  between  1/1/1970  and  12/31/1970
DAVI GADSDEN  DOB: 7/29/1955
264-25-xxxx issued in Florida  between  1/1/1970  and  12/31/1970
DAVID M GADGADSDEN  DOB: 7/29/1955
264-25-xxxx issued in Florida  between  1/1/1970  and  12/31/1970

Exhibit "C"

DAVID M GADSEN  DOB: 7/29/1955
264-25-xxxx issued in Florida  between  1/1/1970  and  12/31/1970
DAVID M GADSDEN  DOB: 7/1965
254-25-xxxx issued in Georgia  between  1/1/1976  and  12/31/1976

DAVID MITCHEL GADSDEN  DOB: 1956
264-25-xxxx issued in Florida  between  1/1/1970  and  12/31/1970
**Previous And Non-Verified Address(es):**
1196 NW 56TH CT, OCALA, FL 34482-5142, MARION COUNTY (Sep 2012 - Mar 2019)
4280 NW 26TH TER, OCALA, FL 34475-3191, MARION COUNTY (Aug 2008 - Mar 2019)
2440 8TH AVE NE APT NE, NAPLES, FL 34120-4917, COLLIER COUNTY (Oct 2000 - Apr 2018)
1126 NW 56TH CT, OCALA, FL 34482-5142, MARION COUNTY (Sep 2012)
523 SE 30TH ST, OCALA, FL 34471-6675, MARION COUNTY (Oct 2006 - Mar 2008)
4102 GREEN BLVD APT 204, NAPLES, FL 34116-5211, COLLIER COUNTY (Aug 1996 - Oct 2007)
404 S 5TH ST 203, IMMOKALEE, FL 34142-4031, COLLIER COUNTY (Mar 1985 - Sep 2007)
710 NE 27TH ST, OCALA, FL 34470-3665, MARION COUNTY (Sep 2006 - Nov 2006)
PO BOX 730, IMMOKALEE, FL 34143-0730, COLLIER COUNTY (Apr 2005 - Jun 2005)
402 S 5TH ST, IMMOKALEE, FL 34142-4031, COLLIER COUNTY (Feb 2004)

RICARDO REGINALD HIELD  DOB: 1/3/1970
590-35-xxxx issued in Florida  between  8/3/1993  and  1/3/1994
**Previous And Non-Verified Address(es):**
18923 NW 32ND AVE, MIAMI GARDENS, FL 33056-3025, MIAMI-DADE COUNTY (Jan 2008 - Mar 2008)
PO BOX 10595, NAPLES, FL 34101-0595, COLLIER COUNTY (Jan 2001 - Jul 2003)
**S**431 14TH ST NE, NAPLES, FL 34120-9407, COLLIER COUNTY (Aug 1990 - Jan 2003)
460 10TH ST NE, NAPLES, FL 34120-2057, COLLIER COUNTY (Mar 1999 - Jan 2003)
1528 STONELEIGH CIR, STONE MOUNTAIN, GA 30088-3438, DEKALB COUNTY (Aug 1994 - Feb 2001)
13 LAKE GLORA DR APT 13, COPELAND, FL 34137, COLLIER COUNTY (Oct 2000)
460 10 ST NE ST, NAPLES, FL 34120, COLLIER COUNTY (Oct 1999)
18111 NW 9 T C, MIAMI, FL 33169, MIAMI-DADE COUNTY (Dec 1997 - Jan 1999)
1523 STONELEIGH CIR, STONE MOUNTAIN, GA 30088-3439, DEKALB COUNTY (Sep 1996)
4534 MEADOWOOD CIR APT, NAPLES, FL 33999 (Jan 1996)

EARLINE I SMITH  DOB: 2/25/1977
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
**Names Associated with Associate:**
EARLINE I MIXON  DOB: 2/25/1977
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
EARLINE E LAWRENCE  DOB: 2/25/1977
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
EARLINE I LAWRENCE  DOB: 2/25/1977
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
EARLENE SMITH  DOB: 2/25/1977
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
INGRID SMITH  DOB: 2/25/1977
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
EALRINE SMITH  DOB: 2/25/1977
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
**Previous And Non-Verified Address(es):**
2941 ORANGE HAVEN WAY, KISSIMMEE, FL 34746-1943, OSCEOLA COUNTY ( 2014 -  2018)
**S**431 14TH ST NE, NAPLES, FL 34120-9407, COLLIER COUNTY (Mar 1995 - Nov 2009)
**S**1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY (Jun 2009 - Sep 2009)
354 PEMBROKE ST, LEHIGH ACRES, FL 33974-0440, LEE COUNTY (Feb 2008 - May 2008)
162 PEERLESS ST, LEHIGH ACRES, FL 33974-9455, LEE COUNTY (Feb 2008)
4112 SW 3RD AVE, CAPE CORAL, FL 33914-5940, LEE COUNTY (May 2006 - Jan 2008)
184 BECKLEY DR, LEHIGH ACRES, FL 33974-9701, LEE COUNTY ( 2005 - Jan 2008)
2903 SW 37TH TER, CAPE CORAL, FL 33914-2812, LEE COUNTY (Feb 2007 - Mar 2007)
350 CHURCH ST APT 301B, OLIVET, MI 49076-9774, EATON COUNTY (Sep 1996 - Jan 2003)
205 MANOR BLVD APT, NAPLES, FL 34104-1102, COLLIER COUNTY (Apr 1999 - Jan 2000)

Exhibit "C"

Comprehensive Report

TONYA DANYEL MINOR  DOB: 7/24/1975
265-91-xxxx issued in Florida  between  1/1/1979  and  12/31/1980
**Names Associated with Associate:**
TANYA D MINOR  DOB: 7/24/1975
265-91-xxxx issued in Florida  between  1/1/1979  and  12/31/1980
TONYA DANYEL BARR  DOB: 7/24/1975
265-91-xxxx issued in Florida  between  1/1/1979  and  12/31/1980
TONYA DANYEL STUBBS  DOB: 7/24/1975
265-91-xxxx issued in Florida  between  1/1/1979  and  12/31/1980
TANYA DANYEL BARR  DOB: 7/24/1975
265-91-xxxx issued in Florida  between  1/1/1979  and  12/31/1980
**Previous And Non-Verified Address(es):**
3909 21ST ST W, LEHIGH ACRES, FL 33971-5601, LEE COUNTY (Oct 2010 - Jan 2020)
9731 COMMERCE CENTER CT APT, FORT MYERS, FL 33908-1400, LEE COUNTY
(Aug 2016 - May 2017)
5334 16TH PL SW, NAPLES, FL 34116-5027, COLLIER COUNTY (Jun 1998 - May 2017)
3217 14TH ST SW, LEHIGH ACRES, FL 33976-2930, LEE COUNTY (Feb 2011 - Apr 2011)
4241 GULFSTREAM DR APT 102, NAPLES, FL 34112-6829, COLLIER COUNTY (Feb 2011 - Apr 2011)
1702 KINGS LAKE BLVD APT 103, NAPLES, FL 34112-5388, COLLIER COUNTY (Apr 2007 - Dec 2010)
6254 VISTA GARDEN WAY APT A, NAPLES, FL 34112-7953, COLLIER COUNTY (Apr 2001 - Jun 2008)
527 BRADFORD CREEK TRL, DULUTH, GA 30096-8099, GWINNETT COUNTY (May 2000 - Dec 2007)
3485 WINIFRED ROW LN, NAPLES, FL 34116-6170, COLLIER COUNTY (Nov 2006 - Dec 2006)
137 JASMINE CIR, NAPLES, FL 34102-5833, COLLIER COUNTY (Sep 1997 - Feb 2006)


XAVIER DWAYNE MIXON  DOB: 9/20/1973
262-61-xxxx issued in Florida  between  1/1/1974  and  12/31/1975
**Names Associated with Associate:**
XAVIER MIXON  DOB: 9/20/1973
262-61-xxxx issued in Florida  between  1/1/1974  and  12/31/1975
XAVIER D MIXON  DOB: 9/20/1973
262-61-xxxx issued in Florida  between  1/1/1974  and  12/31/1975
XAVIER MORGAN MIXON  DOB: 9/20/1973
262-61-xxxx issued in Florida  between  1/1/1974  and  12/31/1975
ZAVIER M MIXON  DOB: 9/20/1973
262-61-xxxx issued in Florida  between  1/1/1974  and  12/31/1975
**Previous And Non-Verified Address(es):**
2941 ORANGE HAVEN WAY, KISSIMMEE, FL 34746-1943, OSCEOLA COUNTY ( 2014 -  2018)
1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY (Jun 2009)
354 PEMBROKE ST, LEHIGH ACRES, FL 33974-0440, LEE COUNTY (May 2008)
162 PEERLESS ST, LEHIGH ACRES, FL 33974-9455, LEE COUNTY (Jan 2008 - May 2008)
4112 SW 3RD AVE, CAPE CORAL, FL 33914-5940, LEE COUNTY (May 2006 - Jan 2008)
184 BECKLEY DR, LEHIGH ACRES, FL 33974-9701, LEE COUNTY (Apr 2006 - Jan 2008)
2903 SW 37TH TER, CAPE CORAL, FL 33914-2812, LEE COUNTY (Feb 2007)
350 10TH ST N APT M5, NAPLES, FL 34102-5800, COLLIER COUNTY (Jun 1995 - Jan 2005)
2440 HUNTER ST, FORT MYERS, FL 33901-7325, LEE COUNTY (Dec 2004)
1400 5TH AVE S APT 10A, NAPLES, FL 34102-3436, COLLIER COUNTY


SHANE J PIERRE  DOB: 5/16/1974
580-08-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1977  and  12/31/1979
**Names Associated with Associate:**
SHANE PIERRE  DOB: 5/16/1974
580-08-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1977  and  12/31/1979
SHANE PEIRRE  DOB: 5/16/1974
580-08-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1977  and  12/31/1979
SHANE J PIERRE      DOB: 5/16/1974
**Previous And Non-Verified Address(es):**
105 MISTY LN, ARANSAS PASS, TX 78336-2117, SAN PATRICIO COUNTY ( 2007 - Jan 2020)
455 S LAMONT ST, ARANSAS PASS, TX 78336-3415, SAN PATRICIO COUNTY (Aug 2005 -  2014)
630 W SPENCER AVE, ARANSAS PASS, TX 78336-3325, SAN PATRICIO COUNTY
(Jul 1995 - Jan 2008)
527 BRADFORD CREEK TRL, DULUTH, GA 30096-8099, GWINNETT COUNTY (Sep 2000 - Oct 2006)

Exhibit "C"

130 21ST ST NW, NAPLES, FL 34120-1802, COLLIER COUNTY (Aug 1996 - Aug 2006)
7925 PRESERVE CIR APT 321, NAPLES, FL 34119-6714, COLLIER COUNTY (Mar 2004)
137 JASMINE CIR, NAPLES, FL 34102-5833, COLLIER COUNTY (Jul 1997 - Mar 2003)
5334 16TH PL SW, NAPLES, FL 34116-5027, COLLIER COUNTY (Nov 2000 - Jan 2003)
1830 SUNSHINE BLVD APT 1, NAPLES, FL 34116-5876, COLLIER COUNTY (Jul 1996 - Jan 2003)
S431 14TH ST NE, NAPLES, FL 34120-9407, COLLIER COUNTY (May 1995 - Apr 2001)

STACY LEMONT SMITH  DOB: 9/10/1974
248-29-xxxx issued in South Carolina  between  1/1/1975  and  12/31/1976
    **Names Associated with Associate:**
STACY I SMITH  DOB: 9/10/1974
248-29-xxxx issued in South Carolina  between  1/1/1975  and  12/31/1976
    **Previous And Non-Verified Address(es):**
350 CHURCH ST APT 8, OLIVET, MI 49076-9748, EATON COUNTY (Oct 1996 - Dec 2011)
1400 5TH AVE N APT 11G, NAPLES, FL 34102-3462, COLLIER COUNTY (Jan 2010 - Mar 2010)
2672 TROPICANA BLVD, NAPLES, FL 34116-7891, COLLIER COUNTY (Nov 2008)
S431 14TH ST NE, NAPLES, FL 34120-9407, COLLIER COUNTY (Sep 1997 - Dec 2005)
1400 5TH AVE N APT 6G, NAPLES, FL 34102-3459, COLLIER COUNTY (Jan 2003)
PO BOX 127, OLIVET, MI 49076-0127, EATON COUNTY (Apr 1999 - Jan 2003)
132 S MAIN ST APT 12, OLIVET, MI 49076-9679, EATON COUNTY (Jun 1998 - Jan 2003)
1400 5TH AVE N APT 10A, NAPLES, FL 34102-3461, COLLIER COUNTY (Dec 1993 - Jan 2003)
168 FIRST ST APT 6, OLIVET, MI 49076-9698, EATON COUNTY (Sep 2000)
OLIVET COLLEGE APT, OLIVET, MI 49076, EATON COUNTY (Mar 1994 - Jan 1997)

JOE M ULLOTH  DOB: 9/2/1971
256-51-xxxx issued in Georgia  between  1/1/1985  and  12/31/1986
    **Names Associated with Associate:**
JEO M TYSONULLETH  DOB: 9/2/1971
256-51-xxxx issued in Georgia  between  1/1/1985  and  12/31/1986
JOE MELVIN TYSON ULLOTH  DOB: 9/2/1971
256-51-xxxx issued in Georgia  between  1/1/1985  and  12/31/1986
JOE MELVIN ULLOTH  DOB: 9/2/1971
256-51-xxxx issued in Georgia  between  1/1/1985  and  12/31/1986
J ULLOTH  DOB: 9/2/1971
256-51-xxxx issued in Georgia  between  1/1/1985  and  12/31/1986
JOE M T ULLOTH  DOB: 9/2/1971
256-51-xxxx issued in Georgia  between  1/1/1985  and  12/31/1986
JOE MELVIN TYSON ULLOTH  DOB: 1972
256-51-xxxx issued in Georgia  between  1/1/1985  and  12/31/1986
JOE M T ULLOTH  DOB: 1970
256-51-xxxx issued in Georgia  between  1/1/1985  and  12/31/1986
JOE M T ULLOTH  DOB: 1972
256-51-xxxx issued in Georgia  between  1/1/1985  and  12/31/1986
JOE MELVIN ULLOTH  DOB: 1972
256-51-xxxx issued in Georgia  between  1/1/1985  and  12/31/1986
JOE MELVIN TYSON ULLOTH  DOB: 9/2/1971
256-51-xxxx issued in Georgia  between  1/1/1985  and  12/31/1986
JOE TYSON ULLOTH  DOB: 9/2/1971
256-51-xxxx issued in Georgia  between  1/1/1985  and  12/31/1986
    **Previous And Non-Verified Address(es):**
3525 EAST CIR, ROCK ISLAND, IL 61201-9153, ROCK ISLAND COUNTY (Aug 2017 - Feb 2019)
10220 NIGHT HAWK AVE, TACOMA, WA 98433-0225, PIERCE COUNTY (Nov 2008 - Oct 2013)
4305 FREEMONT ST NE, OLYMPIA, WA 98516-1337, THURSTON COUNTY (Nov 2008 - Oct 2011)
6802 LANKFORD ST APT B, FORT POLK, LA 71459-3234, VERNON COUNTY (Mar 2005 - Aug 2008)
S1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY (Aug 2007 - Sep 2007)
6322 OKINAWA DR, COLORADO SPRINGS, CO 80902-3224, EL PASO COUNTY (Aug 2007 - Sep 2007)
JRTC OPGRP, FORT POLK, LA 71459, VERNON COUNTY (Jun 2005 - Mar 2007)
7721 REDWOOD AVE, FAYETTEVILLE, NC 28314-6267, CUMBERLAND COUNTY
(Sep 2002 - May 2006)
905 SANDALWOOD DR, FAYETTEVILLE, NC 28304-4160, CUMBERLAND COUNTY

Exhibit "C"

Comprehensive Report

(May 1999 - Mar 2003)
        6407 WALLABY CT, FAYETTEVILLE, NC 28314-1618, CUMBERLAND COUNTY (Aug 1998 - Jan 2003)

ALFONSO DELAINE BROWN      DOB: 6/28/1995
     **Previous And Non-Verified Address(es):**
     4113 ARROW RIDGE PL APT 205, KISSIMMEE, FL 34741-1830, OSCEOLA COUNTY
     2944 NW 92ND ST, MIAMI, FL 33147-3424, MIAMI-DADE COUNTY

SHANICE SALEACHIA SMITH      DOB: 1/15/1994
     **Names Associated with Associate:**
     SHANICE SMITH      DOB: 1/15/1994
     SHANICE S SMITH      DOB: 1/5/1994
     **Previous And Non-Verified Address(es):**
     1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY (Nov 2016 - Apr 2018)
     9749 TIRAMASU TRL, ORLANDO, FL 32829-8126, ORANGE COUNTY

RICARDO REGINALD HIELD      DOB: 10/6/1995
     **Previous And Non-Verified Address(es):**
     1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY (Nov 2016)
     4124 VISTA LAGO CIR APT 207, KISSIMMEE, FL 34741-1849, OSCEOLA COUNTY

MAKAYLA GADSDEN
     **Previous And Non-Verified Address(es):**
     1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY


**Possible Relative Summary:** *(Click on name to link to more details within this report - No Charge)*

> PETER D LAWRENCE , Age 72
>> PETER LAWRENCE   - (AKA), Age 72
>> PETER D LAWERANCE   - (AKA), Age 72
>> PETER D LAWRENCE   - (AKA), Age 74
>> P LAWRENCE   - (AKA), Age 72
>> PETER O LAWRENCE   - (AKA), Age 72
> LESA V BROWN , Age 47
>> LISA V LAWRENCE   - (AKA), Age 47
>> LESA V LAWRENCE   - (AKA), Age 47
>> LISA V LAWERENCE   - (AKA), Age 47
>> LESA BROWM   - (AKA), Age 47
>> LESA M LAWRENCE   - (AKA), Age 47
>> LISA BROWN   - (AKA), Age 47
>> BRENDA INGA GADSDEN , Age 49
>>> BRENDA I CUFFY   - (AKA), Age 49
>>> BRENDA C HIELD   - (AKA), Age 49
>>> BRENDA C CUFFY I   - (AKA), Age 49
>>> BRENDA CUTTY   - (AKA), Age 49
>>> BRENDA INGA HIELD SR   - (AKA), Age 49
>>> B I GADSDEN   - (AKA), Age 49
>>> BRENDA L GADSEN   - (AKA), Age 49
>>> BRENDA I CUFFY   - (AKA), Age 49
>>> BRENDA INGA HIELD   - (AKA), Age 49
>>> DAVID MICHAEL GADSDEN , Age 64
>>>> DAVID MITCHELL GADSDEN JR   - (AKA), Age 64
>>>> DAVID GADSDEN   - (AKA), Age 64
>>>> DAVID MITCHEL GADSDEN   - (AKA), Age 64
>>>> DAVI GADSDEN   - (AKA), Age 64
>>>> DAVID M GADGADSDEN   - (AKA), Age 64
>>>> DAVID M GADSEN   - (AKA), Age 64
>>>> DAVID M GADSDEN   - (AKA), Age 54
>>>> DAVID MITCHEL GADSDEN   - (AKA), Age 64

Exhibit "C"

&gt;&gt;&gt;&gt; GWENDOLYN L JONES , Age 56
    &gt;&gt;&gt;&gt; GWENDOLYN L GADSDEN  - (AKA), Age 56
    &gt;&gt;&gt;&gt; GWEN JONES  - (AKA), Age 56
  &gt;&gt;&gt; RICARDO REGINALD HIELD , Age 24
&gt;&gt; ALFONSO DELAINE BROWN , Age 24
&gt;&gt; TYRIQUE BROWN , Age 22
  &gt;&gt;&gt; KENIA ARIAS
&gt;&gt; JIMMY L BROWN , Age 49
  &gt;&gt;&gt; JAMES L BROWN  - (AKA), Age 49
&gt;&gt; WANDA E BROWN , Age 55
  &gt;&gt;&gt; WANDA EVE BROWN  - (AKA), Age 55
  &gt;&gt;&gt; WANDA E MARTIN  - (AKA), Age 55
  &gt;&gt;&gt; WANDA W BROWN  - (AKA), Age 55
  &gt;&gt;&gt; WANDA E BROWN  - (AKA), Age 55
  &gt;&gt;&gt; HOMER WILLIAM BROWN 3 , Age 58
    &gt;&gt;&gt;&gt; HOMER E BROWN  - (AKA), Age 58
    &gt;&gt;&gt;&gt; WILLIAM E BROWN  - (AKA), Age 58
    &gt;&gt;&gt;&gt; BROWN WILLIAM HOMER  - (AKA), Age 58
    &gt;&gt;&gt;&gt; H BROWN  - (AKA), Age 58
    &gt;&gt;&gt;&gt; HOMER W BROWN 3  - (AKA), Age 58
  &gt;&gt;&gt; JAMIA SHAVVON BROWN , Age 32
    &gt;&gt;&gt;&gt; JAMIA SHAVVON RICHARDSON  - (AKA), Age 32
    &gt;&gt;&gt;&gt; JAMIE V BROWN  - (AKA), Age 32
    &gt;&gt;&gt;&gt; RICHARDSON JAMIA  - (AKA), Age 32
  &gt;&gt;&gt; JALENCIA BROWN , Age 23
&gt;&gt; JOY L BROWN , Age 54
  &gt;&gt;&gt; JOY LOUISE BROWN  - (AKA), Age 54
  &gt;&gt;&gt; JOY LOUISE BROWN  - (AKA), Age 56
  &gt;&gt;&gt; JOY LOUISE BROWN  - (AKA), Age 53
&gt; MERLINE MARIA LAWRENCE , Age 45
&gt;&gt; MERLINE L ULLOTH  - (AKA), Age 45
&gt;&gt; M ULLOTH  - (AKA), Age 45
&gt;&gt; MERLINE MARIA ULLOTH  - (AKA), Age 45
&gt;&gt; MARIA LAWRENCE MERLINE  - (AKA), Age 45
&gt;&gt; MERLINE M LAWRENCE  - (AKA), Age 46
&gt;&gt; MERLINE LAWRENCE ULLOTH  - (AKA), Age 45
&gt;&gt; ULLOTH M MERLINE  - (AKA), Age 45
&gt;&gt; MARIA ULLOTH MERLINE  - (AKA), Age 45
&gt;&gt; MARLINE M ULLOTH  - (AKA), Age 45
&gt;&gt; MERLINE LAWRENCE ULLOTH  - (AKA), Age 46
&gt;&gt; MERLINE LAWRENCE ULLOTH  - (AKA), Age 44
&gt;&gt; JOE M ULLOTH , Age 48
  &gt;&gt;&gt; JEO M TYSONULLETH  - (AKA), Age 48
  &gt;&gt;&gt; JOE MELVIN TYSON ULLOTH  - (AKA), Age 48
  &gt;&gt;&gt; JOE MELVIN ULLOTH  - (AKA), Age 48
  &gt;&gt;&gt; J ULLOTH  - (AKA), Age 48
  &gt;&gt;&gt; JOE M T ULLOTH  - (AKA), Age 48
  &gt;&gt;&gt; JOE MELVIN TYSON ULLOTH  - (AKA), Age 48
  &gt;&gt;&gt; JOE M T ULLOTH  - (AKA), Age 50
  &gt;&gt;&gt; JOE M T ULLOTH  - (AKA), Age 48
  &gt;&gt;&gt; JOE MELVIN ULLOTH  - (AKA), Age 48
  &gt;&gt;&gt; JOE MELVIN TYSON ULLOTH  - (AKA), Age 48
  &gt;&gt;&gt; JOE TYSON ULLOTH  - (AKA), Age 48
&gt;&gt; JOE M ULLOTH
&gt;&gt; MARCUS ULLOTH , Age 25


**Possible Relatives:**

PETER D LAWRENCE  DOB: 3/13/1948

Exhibit "C"

580-10-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1936  and  12/31/1951

**Names Associated with Relative:**

PETER LAWRENCE  DOB: 3/13/1948

    580-10-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1936  and  12/31/1951

PETER D LAWERANCE  DOB: 3/13/1948

    580-10-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1936  and  12/31/1951

PETER D LAWRENCE  DOB: 3/13/1946

    580-10-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1936  and  12/31/1951

P LAWRENCE  DOB: 3/13/1948

    580-10-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1936  and  12/31/1951

PETER O LAWRENCE  DOB: 3/13/1948

    580-10-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1936  and  12/31/1951

**Previous And Non-Verified Address(es):**

**S** 1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY ( 2005 -  2018)

    **Current Residents at Address:**

        LESA V BROWN

        BRENDA INGA GADSDEN

        EUMALIE V EUMALIE

        PETER D LAWRENCE

        ALFONSO DELAINE BROWN

        SHANICE SALEACHIA SMITH

        RICARDO REGINALD HIELD

        MAKAYLA GADSDEN

**S** 431 14TH ST NE, NAPLES, FL 34120-9407, COLLIER COUNTY (Nov 1990 - May 2007)

    **Current Residents at Address:**

        JAYE G PROCH

        ARNALDO P GONZALEZ

        JOHNNIE MCDANIELS

        CARLOS RAFAEL PEREZ

**Current phones listed at this address:**

    239-348-8322 - EDT SAINZ ALMA

    239-455-0305 - EDT MCDANIELS JOHNNIE

**S** 574 14TH ST N, NAPLES, FL 34102-3430, COLLIER COUNTY (Aug 1989 - Jan 2003)

    **Current Residents at Address:**

        HOLLY ANGELIA WEEKS

297 COUNTRY LN, PIKEVILLE, KY 41501-3713, PIKE COUNTY (May 1996)

    **Current Residents at Address:**

        MARY B TACKETT

**S** LYTTON, ST THOMAS, VI 00801 (Aug 1990)

LESA V BROWN  DOB: 4/10/1973

    580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

**Names Associated with Relative:**

LISA V LAWRENCE  DOB: 4/10/1973

    580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

LESA V LAWRENCE  DOB: 4/10/1973

    580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

LISA V LAWERENCE  DOB: 4/10/1973

    580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

LESA BROWM  DOB: 4/10/1973

    580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

LESA M LAWRENCE  DOB: 4/10/1973

    580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

LISA BROWN  DOB: 4/10/1973

    580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

**Previous And Non-Verified Address(es):**

**S** 1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY (Apr 2018)

Exhibit "C"

**Current Residents at Address:**
     LESA V BROWN
     BRENDA INGA GADSDEN
     EUMALIE V EUMALIE
     PETER D LAWRENCE
     ALFONSO DELAINE BROWN
     SHANICE SALEACHIA SMITH
     RICARDO REGINALD HIELD
     MAKAYLA GADSDEN

4124 VISTA LAGO CIR APT 207, KISSIMMEE, FL 34741-1849, OSCEOLA COUNTY (Oct 2014)
4113 ARROW RIDGE PL APT 205, KISSIMMEE, FL 34741-1830, OSCEOLA COUNTY
(Apr 2012 - Oct 2014)
2240 CHARDONNAY CT W, KISSIMMEE, FL 34741-3422, OSCEOLA COUNTY (Nov 2010 - Apr 2012)
     **Current Residents at Address:**
        KATE UFCHI LOPEZ
        AIDELIZ NEGRON
        SABRINE ELKAOUSSI
        MARK RIVERA
        407-530-4418 - EDT RIVERA MARK


2229 POLO CLUB DR UNIT 103, KISSIMMEE, FL 34741-2610, OSCEOLA COUNTY
(Sep 2010 - Dec 2010)
2440 8TH AVE NE, NAPLES, FL 34120-4917, COLLIER COUNTY (Oct 2000 - Sep 2010)
     **Current Residents at Address:**
        KISBEL GONZALEZ
        GERMAN G GONZALEZ
        DAVID GONZALEZ TRIANA
        SHAILA GUTIERREZ
        CARLOS TORRES
2670 55TH TER SW, NAPLES, FL 34116-7558, COLLIER COUNTY (Mar 2006 - Apr 2006)
10620 NOAHS CIR APT 714, NAPLES, FL 34116-8368, COLLIER COUNTY (Mar 2004 - Apr 2004)
407 HINDS RD, YORK, AL 36925-9637, SUMTER COUNTY (Jul 2000 - Jan 2003)
     **Current Residents at Address:**
        JIMMY LEE BROWN
        RUBY LEE BROWN
1515 WEMBLEY DR, DOUGLASVILLE, GA 30134-6446, DOUGLAS COUNTY (Sep 1999 - Jan 2003)
     **Current Residents at Address:**
        KISHIA M SHOOKS

**Possible Relative:**
BRENDA INGA GADSDEN  DOB: 10/28/1970
     580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

     **Names Associated with Relative:**
BRENDA I CUFFY  DOB: 10/28/1970
     580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

BRENDA C HIELD  DOB: 10/28/1970
     580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

BRENDA C CUFFY I  DOB: 10/28/1970
     580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

BRENDA CUTTY  DOB: 10/28/1970
     580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

BRENDA INGA HIELD SR  DOB: 10/28/1970
     580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

B I GADSDEN  DOB: 10/28/1970

Exhibit "C"

580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

BRENDA L GADSEN  DOB: 10/28/1970
    580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

BRENDA I CUFFY  DOB: 1971
    580-24-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1936  and  12/31/1951
BRENDA INGA HIELD  DOB: 1971
    580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

**Previous And Non-Verified Address(es):**
611A 34TH ST, WINTER HAVEN, FL 33880, POLK COUNTY (Apr 2018 - Jul 2018)
611 34TH ST NW, WINTER HAVEN, FL 33880-1812, POLK COUNTY (Mar 2016 - Apr 2018)
    **Current Residents at Address:**
        TERRY L HUDSON
        RICARDO REGINALD HIELD
        CHEYANNE WILLIAMS
        KADAJAH LOMAX
4124 VISTA LAGO CIR APT 207, KISSIMMEE, FL 34741-1849, OSCEOLA COUNTY
(Nov 2010 - May 2012)
2240 CHARDONNAY CT W, KISSIMMEE, FL 34741-3422, OSCEOLA COUNTY
(Nov 2008 - May 2012)
    **Current Residents at Address:**
        KATE UFCHI LOPEZ
        AIDELIZ NEGRON
        SABRINE ELKAOUSSI
        MARK RIVERA
    **Current phones listed at this address:**
        407-530-4418 - EDT RIVERA MARK

        239-784-5870

2440 8TH AVE NE, NAPLES, FL 34120-4917, COLLIER COUNTY (Dec 2000 - Apr 2012)
    **Current Residents at Address:**
        KISBEL GONZALEZ
        GERMAN G GONZALEZ
        DAVID GONZALEZ TRIANA
        SHAILA GUTIERREZ
        CARLOS TORRES
        239-348-2929

2229 POLO CLUB DR UNIT 103, KISSIMMEE, FL 34741-2610, OSCEOLA COUNTY
(Nov 2008 - Oct 2010)
        239-784-5870

**S** 1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY (Mar 2007 - Apr 2007)
    **Current Residents at Address:**
        LESA V BROWN
        BRENDA INGA GADSDEN
        EUMALIE V EUMALIE
        PETER D LAWRENCE
        ALFONSO DELAINE BROWN
        SHANICE SALEACHIA SMITH
        RICARDO REGINALD HIELD
        MAKAYLA GADSDEN
8645 SADDLEBROOK CIR APT 3102, NAPLES, FL 34104-7467, COLLIER COUNTY
(Nov 2006 - Apr 2007)
        239-784-5870

<span style="color:red">Exhibit "C"</span>

905 SANDALWOOD DR, FAYETTEVILLE, NC 28304-4160, CUMBERLAND COUNTY
(Dec 1997 - Nov 2005)

**Current Residents at Address:**
JAMES MARIE BAINBRIDGE
VANESSA DIANE PARKER
ENITE FENELON
JAMES EDWARD ALEXANDER JACKSON
RILIO MERANT
DEEDRICK MERVYN WHITLEY
WILKENS MERANT
469-7064

8625 SADDLEBROOK CIR APT 1105, NAPLES, FL 34104-7454, COLLIER COUNTY
(Mar 2005 - May 2005)

**Possible Relative:**
DAVID MICHAEL GADSDEN  DOB: 7/29/1955
264-25-xxxx issued in Florida  between  1/1/1970  and  12/31/1970
**Names Associated with Relative:**
DAVID MITCHELL GADSDEN JR  DOB: 7/29/1955
264-25-xxxx issued in Florida  between  1/1/1970  and  12/31/1970
DAVID GADSDEN  DOB: 7/29/1955
264-25-xxxx issued in Florida  between  1/1/1970  and  12/31/1970
DAVID MITCHEL GADSDEN  DOB: 7/29/1955
264-25-xxxx issued in Florida  between  1/1/1970  and  12/31/1970
DAVI GADSDEN  DOB: 7/29/1955
264-25-xxxx issued in Florida  between  1/1/1970  and  12/31/1970
DAVID M GADGADSDEN  DOB: 7/29/1955
264-25-xxxx issued in Florida  between  1/1/1970  and  12/31/1970
DAVID M GADSEN  DOB: 7/29/1955
264-25-xxxx issued in Florida  between  1/1/1970  and  12/31/1970
DAVID M GADSDEN  DOB: 7/1965
254-25-xxxx issued in Georgia  between  1/1/1976  and  12/31/1976

DAVID MITCHEL GADSDEN  DOB: 1956
264-25-xxxx issued in Florida  between  1/1/1970  and  12/31/1970
**Previous And Non-Verified Address(es):**
1196 NW 56TH CT, OCALA, FL 34482-5142, MARION COUNTY (Sep 2012 - Mar 2019)
**Current Residents at Address:**
DAVID MICHAEL GADSDEN
GWENDOLYN L JONES
ISAIAH MCKAY GADSDEN
GWENDOLYN JONES
4280 NW 26TH TER, OCALA, FL 34475-3191, MARION COUNTY (Aug 2008 - Mar 2019)
**Current Residents at Address:**
DAVID MICHAEL GADSDEN
SCOTT CHRISTOPHER KELLY JR
KATELYN MICHELLE CLIFTON
**Current phones listed at this address:**
352-622-1025 - EDT JONES GWENDOLYN

352-216-4535

2440 8TH AVE NE APT NE, NAPLES, FL 34120-4917, COLLIER COUNTY
(Oct 2000 - Apr 2018)
239-348-2929

Exhibit "C"

Comprehensive Report

1126 NW 56TH CT, OCALA, FL 34482-5142, MARION COUNTY (Sep 2012)
523 SE 30TH ST, OCALA, FL 34471-6675, MARION COUNTY (Oct 2006 - Mar 2008)
     **Current Residents at Address:**
       AMANDA ELISABETH SNYDER
4102 GREEN BLVD APT 204, NAPLES, FL 34116-5211, COLLIER COUNTY
(Aug 1996 - Oct 2007)
     **Current Residents at Address:**
       SANDRA CARBO RODRIGUEZ
       KRISTIAN GONZALEZ
       941-348-8446


404 S 5TH ST 203, IMMOKALEE, FL 34142-4031, COLLIER COUNTY
(Mar 1985 - Sep 2007)
       239-348-2929


710 NE 27TH ST, OCALA, FL 34470-3665, MARION COUNTY (Sep 2006 - Nov 2006)
PO BOX 730, IMMOKALEE, FL 34143-0730, COLLIER COUNTY (Apr 2005 - Jun 2005)
402 S 5TH ST, IMMOKALEE, FL 34142-4031, COLLIER COUNTY (Feb 2004)

GWENDOLYN L JONES   DOB: 3/3/1964
263-67-xxxx issued in Florida between 1/1/1975 and 12/31/1976
**Names Associated with Relative:**
GWENDOLYN L GADSDEN   DOB: 3/3/1964
    263-67-xxxx issued in Florida between 1/1/1975 and 12/31/1976
GWEN JONES   DOB: 3/3/1964
    263-67-xxxx issued in Florida between 1/1/1975 and 12/31/1976
**Active Address(es):**
   4280 NW 26TH TER, OCALA, FL 34475-3191, MARION COUNTY (Aug 2008 - Aug 2019)
     **Current Residents at Address:**
       DAVID MICHAEL GADSDEN
       SCOTT CHRISTOPHER KELLY JR
       KATELYN MICHELLE CLIFTON
     **Current phones listed at this address:**
       352-622-1025 - EDT JONES GWENDOLYN

       352-622-6449


     **Previous And Non-Verified Address(es):**
     1196 NW 56TH CT, OCALA, FL 34482-5142, MARION COUNTY (Sep 2012 - Apr 2019)
     **Current Residents at Address:**
       DAVID MICHAEL GADSDEN
       GWENDOLYN L JONES
       ISAIAH MCKAY GADSDEN
       GWENDOLYN JONES
523 SE 30TH ST, OCALA, FL 34471-6675, MARION COUNTY (Nov 2004 - Nov 2006)
     **Current Residents at Address:**
       AMANDA ELISABETH SNYDER
       352-622-6449


710 NE 27TH ST, OCALA, FL 34470-3665, MARION COUNTY (Jul 2006 - Aug 2006)
1951 NW 44TH PL APT 8, OCALA, FL 34475-7215, MARION COUNTY
(Sep 2000 - Jan 2006)
305 PARKER DR APT 8, BOX ELDER, SD 57719-2108, PENNINGTON COUNTY
(Oct 1995 - Jan 2003)
2650 SPAATZ DR UNIT 2982, ELLSWORTH AFB, SD 57706-4810, MEADE COUNTY
(Feb 1995 - Jan 2003)

Exhibit "C"

Comprehensive Report

PO BOX 485, PATRICK AFB, FL 32925, BREVARD COUNTY (Jul 2000)
PO BOX 485, COCOA, FL 32923-0485, BREVARD COUNTY (Aug 1991 - Jan 1999)
2609 NW 43RD LN, OCALA, FL 34475-3108, MARION COUNTY (Aug 1991 - Apr 1997)
   **Current Residents at Address:**
      STELLA MAE JOHNSON
      352-629-2617 - EDT JOHNSON STELLA M

   RICARDO REGINALD HIELD          DOB: 10/6/1995
      **Previous And Non-Verified Address(es):**
      1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY (Nov 2016)
         **Current Residents at Address:**
            LESA V BROWN
            BRENDA INGA GADSDEN
            EUMALIE V EUMALIE
            PETER D LAWRENCE
            ALFONSO DELAINE BROWN
            SHANICE SALEACHIA SMITH
            RICARDO REGINALD HIELD
            MAKAYLA GADSDEN
      4124 VISTA LAGO CIR APT 207, KISSIMMEE, FL 34741-1849, OSCEOLA COUNTY

ALFONSO DELAINE BROWN          DOB: 6/28/1995
   **Previous And Non-Verified Address(es):**
   4113 ARROW RIDGE PL APT 205, KISSIMMEE, FL 34741-1830, OSCEOLA COUNTY
   2944 NW 92ND ST, MIAMI, FL 33147-3424, MIAMI-DADE COUNTY
      **Current Residents at Address:**
         LUIS ANTONIO COSTE GARCIA
         HORACE O GLASGOW JR
         SYLVESTER ER HOLSEY
         SEA D ROGERS
         VASTAIRO SHAQUILLE HOLSEY
         TYLER NICOLE HOLSEY

TYRIQUE BROWN          DOB: 7/8/1997
   **Previous And Non-Verified Address(es):**
   2103 VINYARD BLVD, KISSIMMEE, FL 34741-3430, OSCEOLA COUNTY (May 2019)
      **Current Residents at Address:**
         TYRIQUE BROWN
         KENIA ARIAS
   974 FLORIDA PKWY, KISSIMMEE, FL 34743-9620, OSCEOLA COUNTY (Nov 2018 - May 2019)
      **Current Residents at Address:**
         JACKELINE SANTANA
         LUIS A NIEVES
         MARISOL RIVERA
         JOSE E A ARIAS
   2509 HIGHLAND AVE, KISSIMMEE, FL 34741-1755, OSCEOLA COUNTY
   4113 ARROW RIDGE PL APT 205, KISSIMMEE, FL 34741-1830, OSCEOLA COUNTY

      **Possible Relative:**
      KENIA ARIAS
      **Previous And Non-Verified Address(es):**
      2509 HIGHLAND AVE, KISSIMMEE, FL 34741-1755, OSCEOLA COUNTY (Jan 2017)

JIMMY L BROWN  DOB: 2/19/1971
   417-23-xxxx issued in Alabama between 1/1/1986 and 12/31/1987
   SSN belongs to a person reported as deceased.
   **Names Associated with Relative:**
   JAMES L BROWN  DOB: 2/19/1971
   417-23-xxxx issued in Alabama between 1/1/1986 and 12/31/1987

⚓SSN belongs to a person reported as deceased.

**Previous And Non-Verified Address(es):**
1710 VALLEY RD, LIVINGSTON, AL 35470-3758, SUMTER COUNTY (Jun 2006 - Sep 2012)
    **Current Residents at Address:**
      DELANT ANN BROWN
      SAMUEL LEE ORMOND
      TWYNENI ROSHAUNDA WADE
      JIMMY L BROWN
      SAMUEL DEMETRIC WALKER
PO BOX 580, LIVINGSTON, AL 35470-0580, SUMTER COUNTY (Aug 1997 - May 2011)
407 HINDS RD, YORK, AL 36925-9637, SUMTER COUNTY (Jun 1993 - Jan 2003)
    **Current Residents at Address:**
      JIMMY LEE BROWN
      RUBY LEE BROWN


WANDA E BROWN   DOB: 7/5/1964
    565-41-xxxx issued in California  between  1/1/1976  and  12/31/1976

**Names Associated with Relative:**
WANDA EVE BROWN   DOB: 7/5/1964
    565-41-xxxx issued in California  between  1/1/1976  and  12/31/1976

WANDA E MARTIN   DOB: 7/5/1964
    565-41-xxxx issued in California  between  1/1/1976  and  12/31/1976

WANDA W BROWN   DOB: 7/5/1964
    565-41-xxxx issued in California  between  1/1/1976  and  12/31/1976

WANDA E BROWN   DOB: 7/5/1964
    565-41-xxxx issued in California  between  1/1/1976  and  12/31/1976
**Previous And Non-Verified Address(es):**
3351 HYDRA ST NE, LACEY, WA 98516-5100, THURSTON COUNTY ( 2015 - Dec 2019)
    **Current Residents at Address:**
      HOMER WILLIAM BROWN 3
      WANDA E BROWN
      JALENCIA BROWN
4207 CASHMERE DR NE, LACEY, WA 98516-6284, THURSTON COUNTY (Feb 2014 - Apr 2014)
    **Current Residents at Address:**
      MARK CHONG
      SUE JIN CHONG
3316 MIA ST NE, LACEY, WA 98516-1401, THURSTON COUNTY (Aug 2009 - Nov 2012)
    **Current Residents at Address:**
      JUANITA KUUIPO WHALEN
      THOMAS M WHALEN
      LOUIS L RUSSELL
8360 REDWOOD BLVD, CALIFORNIA CITY, CA 93505-3322, KERN COUNTY ( 2005 - Aug 2010)
    **Current Residents at Address:**
      MONICA R WATSON
      EVA LOUISE KINEBREW
      CONROY D WATSON
3008 N MAIN ST APT, MISHAWAKA, IN 46545-3215, ST. JOSEPH COUNTY (May 1993 - Aug 2007)
1129 34TH AVE APT B, PORT HUENEME, CA 93041-4192, VENTURA COUNTY
(Aug 2005 - Apr 2006)
    **Current Residents at Address:**
      ASHLEY R GAFFORD
      LAURA K PEREZ
      JESSE DANIEL SCHOLLE
3749 FREDRICKSBURG ST APT B, FORT IRWIN, CA 92310-1748, SAN BERNARDINO COUNTY
(May 2001 - Sep 2005)
    **Current Residents at Address:**
      JOHN FRANKLIN WILLIAMS JR

Exhibit "C"

Comprehensive Report

MELFIN MARTINEZ DURAN
4427 MAYFIELD CT APT 2, FORT WAINWRIGHT, AK 99703-1069, FAIRBANKS N. STAR COUNTY
(Mar 1999 - May 2003)
**Current Residents at Address:**
MARTHA L HARRIS
907-356-3950


4427 MAYFIELD CT APT 6, FORT WAINWRIGHT, AK 99703-1069, FAIRBANKS N. STAR COUNTY
(Oct 1999 - Jan 2003)
**Current Residents at Address:**
ALYSSA THURLBY
LAUREN LEONARD
TYLER J GLASS
COURTNEY JO GLASS
4444 COWAN CIR, EL PASO, TX 79904-4301, EL PASO COUNTY (Feb 1999 - Jan 2003)
**Current Residents at Address:**
BRANDON HEIMALL
STEPHANIE E SHANE
WILLIAM TYLOR EVANS

**Possible Relative:**
HOMER WILLIAM BROWN 3  DOB: 6/27/1961
277-66-xxxx issued in Ohio  between  1/1/1974  and  12/31/1975
☞SSN was linked to more than 2 people.
**Names Associated with Relative:**
HOMER E BROWN  DOB: 6/27/1961
277-66-xxxx issued in Ohio  between  1/1/1974  and  12/31/1975
☞SSN was linked to more than 2 people.
WILLIAM E BROWN  DOB: 6/27/1961
277-66-xxxx issued in Ohio  between  1/1/1974  and  12/31/1975
☞SSN was linked to more than 2 people.
BROWN WILLIAM HOMER  DOB: 6/27/1961
277-66-xxxx issued in Ohio  between  1/1/1974  and  12/31/1975
☞SSN was linked to more than 2 people.
H BROWN  DOB: 6/27/1961
277-66-xxxx issued in Ohio  between  1/1/1974  and  12/31/1975
☞SSN was linked to more than 2 people.
HOMER W BROWN 3  DOB: 6/27/1961
277-60-xxxx issued in Ohio  between  1/1/1972  and  12/31/1973
**Previous And Non-Verified Address(es):**
3351 HYDRA ST NE, LACEY, WA 98516-5100, THURSTON COUNTY ( 2015 - Dec 2019)
**Current Residents at Address:**
HOMER WILLIAM BROWN 3
WANDA E BROWN
JALENCIA BROWN
4207 CASHMERE DR NE, LACEY, WA 98516-6284, THURSTON COUNTY
(Sep 2010 - Jan 2014)
**Current Residents at Address:**
MARK CHONG
SUE JIN CHONG
3316 MIA ST NE, LACEY, WA 98516-1401, THURSTON COUNTY (Aug 2009 - Oct 2010)
**Current Residents at Address:**
JUANITA KUUIPO WHALEN
THOMAS M WHALEN
LOUIS L RUSSELL
8360 REDWOOD BLVD, CALIFORNIA CITY, CA 93505-3322, KERN COUNTY
( 2005 - Apr 2010)
**Current Residents at Address:**
MONICA R WATSON
EVA LOUISE KINEBREW

Exhibit "C"

CONROY D WATSON
3008 N MAIN ST APT B, MISHAWAKA, IN 46545-3215, ST. JOSEPH COUNTY
(Jul 1988 - Aug 2007)
   **Current Residents at Address:**
     LAWRENCE KEITH BURKET JR
     CHARLOTTE JEAN BURKET
1129 34TH AVE APT B, PORT HUENEME, CA 93041-4192, VENTURA COUNTY
(Aug 2006 - Sep 2006)
   **Current Residents at Address:**
     ASHLEY R GAFFORD
     LAURA K PEREZ
     JESSE DANIEL SCHOLLE
PO BOX 43113, PORT HUENEME, CA 93044-3113, VENTURA COUNTY
(Jan 2005 - Feb 2005)
3749 FREDRICKSBURG ST APT B, FORT IRWIN, CA 92310-1748, SAN BERNARDINO
COUNTY (May 2001 - Feb 2005)
   **Current Residents at Address:**
     JOHN FRANKLIN WILLIAMS JR
     MELFIN MARTINEZ DURAN
     760-386-2991


4427 MAYFIELD CT APT 6, FORT WAINWRIGHT, AK 99703-1069, FAIRBANKS N. STAR
COUNTY (Jan 2002 - Jan 2003)
   **Current Residents at Address:**
     ALYSSA THURLBY
     LAUREN LEONARD
     TYLER J GLASS
     COURTNEY JO GLASS
4444 COWAN CIR, EL PASO, TX 79904-4301, EL PASO COUNTY (Nov 1994 - Jan 2003)
   **Current Residents at Address:**
     BRANDON HEIMALL
     STEPHANIE E SHANE
     WILLIAM TYLOR EVANS


JAMIA SHAVVON BROWN  DOB: 12/26/1987
   346-84-xxxx issued in Illinois  between  1/1/1990  and  12/31/1992
**Names Associated with Relative:**
JAMIA SHAVVON RICHARDSON  DOB: 12/26/1987
   346-84-xxxx issued in Illinois  between  1/1/1990  and  12/31/1992
JAMIE V BROWN  DOB: 12/26/1987
   346-84-xxxx issued in Illinois  between  1/1/1990  and  12/31/1992
RICHARDSON JAMIA  DOB: 12/26/1987
   346-84-xxxx issued in Illinois  between  1/1/1990  and  12/31/1992
**Previous And Non-Verified Address(es):**
4004 WIGGINS RD SE APT 3, OLYMPIA, WA 98501-4402, THURSTON COUNTY
(Feb 2020)
   **Current Residents at Address:**
     IRENE J HOMS
     JAMIA SHAVVON BROWN
     BREANA L MC AULEY
3351 HYDRA ST NE, LACEY, WA 98516-5100, THURSTON COUNTY (Feb 2018)
   **Current Residents at Address:**
     HOMER WILLIAM BROWN 3
     WANDA E BROWN
     JALENCIA BROWN
7602 3RD WAY SE APT 8, LACEY, WA 98503-1503, THURSTON COUNTY (Aug 2017)
1309 FERN ST SW APT N302, OLYMPIA, WA 98502-1005, THURSTON COUNTY
(Aug 2017)

7602 3RD WAY SE APT 32, LACEY, WA 98503-1507, THURSTON COUNTY
(Apr 2014 - Mar 2017)

<span style="color:red">Exhibit "C"</span>

Comprehensive Report

4120 6TH AVE NE APT 12, LACEY, WA 98516-5302, THURSTON COUNTY
(Feb 2015 - Jun 2015)
250 SPRINGTREE DR APT D7, COLUMBIA, SC 29223-7925, RICHLAND COUNTY
(Sep 2011 - Nov 2011)
4207 CASHMERE DR NE, LACEY, WA 98516-6284, THURSTON COUNTY (Jul 2011)
Current Residents at Address:
MARK CHONG
SUE JIN CHONG
4255 W VIKING RD APT 653, LAS VEGAS, NV 89103-5951, CLARK COUNTY (May 2010)
6025 W FLAMINGO RD APT 250, LAS VEGAS, NV 89103-0108, CLARK COUNTY
(May 2010)

JALENCIA BROWN                          DOB: 7/4/1996
Previous And Non-Verified Address(es):
2424 S 273RD ST APT 203, FEDERAL WAY, WA 98003-8243, KING COUNTY (Dec 2019)
3351 HYDRA ST NE, LACEY, WA 98516-5100, THURSTON COUNTY (Dec 2019)
Current Residents at Address:
HOMER WILLIAM BROWN 3
WANDA E BROWN
JALENCIA BROWN
4207 CASHMERE DR NE, LACEY, WA 98516-6284, THURSTON COUNTY
Current Residents at Address:
MARK CHONG
SUE JIN CHONG

JOY L BROWN  DOB: 1/18/1966
049-62-xxxx issued in Connecticut  between  1/1/1975  and  12/31/1976
Names Associated with Relative:
JOY LOUISE BROWN  DOB: 1/18/1966
049-62-xxxx issued in Connecticut  between  1/1/1975  and  12/31/1976
JOY LOUISE BROWN  DOB: 1964
049-62-xxxx issued in Connecticut  between  1/1/1975  and  12/31/1976
JOY LOUISE BROWN  DOB: 1967
049-62-xxxx issued in Connecticut  between  1/1/1975  and  12/31/1976
Previous And Non-Verified Address(es):
2221 POLO CLUB DR UNIT 108, KISSIMMEE, FL 34741-2616, OSCEOLA COUNTY
(Nov 2009 - Dec 2011)
6527 SPRUCEWOOD RD, FAYETTEVILLE, NC 28304-2326, CUMBERLAND COUNTY
(Sep 1992 - Feb 2007)
Current Residents at Address:
AARON FRANKLIN BROWN SR
JACK A BROWN
JILL L EVANS
JOY L BROWN
SHIRLEY MAE BROWN
WILLIAM R J BROWN SR
409 W VOELTER AVE, KILLEEN, TX 76541-7771, BELL COUNTY (Jul 2000 - Feb 2001)
Current Residents at Address:
CLAUDIA J ESPINOZANUNO
JOSE PALOMO NUNO
JOSE MUNO
101 W CENTRAL TEXAS EXPY APT 1304, KILLEEN, TX 76541-2559, BELL COUNTY
(Sep 2000 - Nov 2000)
1109 CRAB ORCHARD DR APT 2B, RALEIGH, NC 27606-3500, WAKE COUNTY (May 1995)
PO BOX 22135, RALEIGH, NC 27607, WAKE COUNTY (Dec 1991)
803E CARROLL, RALEIGH, NC 27607, WAKE COUNTY (Aug 1991)
101 E CENTRAL TEXAS EXPY APT 1304, HARKER HEIGHTS, TX 76548-1707, BELL COUNTY

MERLINE MARIA LAWRENCE  DOB: 5/18/1975
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
Names Associated with Relative:

Exhibit "C"

MERLINE L ULLOTH  DOB: 5/18/1975
  580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
M ULLOTH  DOB: 5/18/1975
  580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
MERLINE MARIA ULLOTH  DOB: 5/18/1975
  580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
MARIA LAWRENCE MERLINE  DOB: 5/18/1975
  580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
MERLINE M LAWRENCE  DOB: 1974
  580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
MERLINE LAWRENCE ULLOTH  DOB: 5/18/1975
  580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
ULLOTH M MERLINE  DOB: 5/18/1975
  580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
MARIA ULLOTH MERLINE  DOB: 5/18/1975
  580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
MARLINE M ULLOTH  DOB: 5/18/1975
  580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
MERLINE LAWRENCE ULLOTH  DOB: 1974
  580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
MERLINE LAWRENCE ULLOTH  DOB: 1976
  580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
**Previous And Non-Verified Address(es):**
14 STAFF POST RD, JBSA FT SAM HOUSTON, TX 78234-1304, BEXAR COUNTY (Dec 2019)
  **Current Residents at Address:**
    MERLINE MARIA LAWRENCE
    COLLEEN SHYLA MORISSETTE
    JOE M ULLOTH
2991 24TH AVE NE, NAPLES, FL 34120-3545, COLLIER COUNTY (Nov 2006 - Oct 2015)
  **Current Residents at Address:**
    ODALYS ARMAS
    NOEL I HERNANDEZ
    MONICA RODRIGUEZ
    239-352-9303 - EDT RODRIGUEZ MONICA


501 PORTRUSH LN, CIBOLO, TX 78108-4340, GUADALUPE COUNTY (Sep 2014)
  **Current Residents at Address:**
    ETOISE P BLACKWELL
    WILLIAM ANTHONY CAMBRON
    CARMEN A CAMBRON
    TRENTON L BEAN
10220 NIGHT HAWK AVE, TACOMA, WA 98433-0225, PIERCE COUNTY (Sep 2013 - Oct 2013)
  **Current Residents at Address:**
    KATHERINE ANN BEESON
    SCOTT DAVID BRINSON
    ELLEN KATHLEEN FERGUSON
    DONALD WAYNE FERGUSON II
    KRISTEN MARIE ARREDONDO
905 SANDALWOOD DR, FAYETTEVILLE, NC 28304-4160, CUMBERLAND COUNTY
(Oct 1997 - Oct 2010)
  **Current Residents at Address:**
    JAMES MARIE BAINBRIDGE
    VANESSA DIANE PARKER
    ENITE FENELON
    JAMES EDWARD ALEXANDER JACKSON
    RILIO MERANT
    DEEDRICK MERVYN WHITLEY
    WILKENS MERANT
    910-425-7498

Exhibit "C"

Comprehensive Report

7721 REDWOOD AVE, FAYETTEVILLE, NC 28314-6267, CUMBERLAND COUNTY (Nov 2002 - May 2006)

**Current Residents at Address:**
KENYETTA S SHAW
ROCHELLE ANNETTE BETHEA
CHRISTINA SHAUNTEL SHEPHERD
LAKISHA SHANTA MORRISON
DARREL BETHEA
ASHLEY CIERRA CLARK
JOSHUA EL BETHEA
MAKAYLA MCEACHERN
910-764-4714

6802 LANKFORD ST APT B, FORT POLK, LA 71459-3234, VERNON COUNTY (Dec 2005)

**Current Residents at Address:**
JASON LEE LINDEN
APRIL SUE RIGGS
CAMRON DEMOND LINDEN SR

S431 14TH ST NE, NAPLES, FL 34120-9407, COLLIER COUNTY (Mar 1995 - Jan 2003)

**Current Residents at Address:**
JAYE G PROCH
ARNALDO P GONZALEZ
JOHNNIE MCDANIELS
CARLOS RAFAEL PEREZ

**Current phones listed at this address:**
239-348-8322 - EDT SAINZ ALMA

239-455-0305 - EDT MCDANIELS JOHNNIE

910-425-7498

RR 2 BOX 641, HOPE MILLS, NC 28348, CUMBERLAND COUNTY (Aug 1997 - Jan 1999)
66666 ARMY, APO, AE 09074 (Sep 1995 - Jan 1997)

**Possible Relative:**
JOE M ULLOTH   DOB: 9/2/1971
256-51-xxxx issued in Georgia between 1/1/1985 and 12/31/1986
**Names Associated with Relative:**
JEO M TYSONULLETH   DOB: 9/2/1971
256-51-xxxx issued in Georgia between 1/1/1985 and 12/31/1986
JOE MELVIN TYSON ULLOTH   DOB: 9/2/1971
256-51-xxxx issued in Georgia between 1/1/1985 and 12/31/1986
JOE MELVIN ULLOTH   DOB: 9/2/1971
256-51-xxxx issued in Georgia between 1/1/1985 and 12/31/1986
J ULLOTH   DOB: 9/2/1971
256-51-xxxx issued in Georgia between 1/1/1985 and 12/31/1986
JOE M T ULLOTH   DOB: 9/2/1971
256-51-xxxx issued in Georgia between 1/1/1985 and 12/31/1986
JOE MELVIN TYSON ULLOTH   DOB: 1972
256-51-xxxx issued in Georgia between 1/1/1985 and 12/31/1986
JOE M T ULLOTH   DOB: 1970
256-51-xxxx issued in Georgia between 1/1/1985 and 12/31/1986
JOE M T ULLOTH   DOB: 1972
256-51-xxxx issued in Georgia between 1/1/1985 and 12/31/1986
JOE MELVIN ULLOTH   DOB: 1972
256-51-xxxx issued in Georgia between 1/1/1985 and 12/31/1986
JOE MELVIN TYSON ULLOTH   DOB: 9/2/1971
256-51-xxxx issued in Georgia between 1/1/1985 and 12/31/1986

Exhibit "C"

Comprehensive Report

JOE TYSON ULLOTH  DOB: 9/2/1971
  256-51-xxxx issued in Georgia  between  1/1/1985  and  12/31/1986
**Previous And Non-Verified Address(es):**
3525 EAST CIR, ROCK ISLAND, IL 61201-9153, ROCK ISLAND COUNTY (Aug 2017 - Feb 2019)
  **Current Residents at Address:**
    MELISSA ANN JUDKINS
    TISA W HOPE
    SCOTT JOHN LOSRODDE
    JOE M ULLOTH
10220 NIGHT HAWK AVE, TACOMA, WA 98433-0225, PIERCE COUNTY (Nov 2008 - Oct 2013)
  **Current Residents at Address:**
    KATHERINE ANN BEESON
    SCOTT DAVID BRINSON
    ELLEN KATHLEEN FERGUSON
    DONALD WAYNE FERGUSON II
    KRISTEN MARIE ARREDONDO
4305 FREEMONT ST NE, OLYMPIA, WA 98516-1337, THURSTON COUNTY (Nov 2008 - Oct 2011)
  **Current Residents at Address:**
    CLYDE R THOMAS JR
    SUNISA TOROD THOMAS
6802 LANKFORD ST APT B, FORT POLK, LA 71459-3234, VERNON COUNTY
(Mar 2005 - Aug 2008)
  **Current Residents at Address:**
    JASON LEE LINDEN
    APRIL SUE RIGGS
    CAMRON DEMOND LINDEN SR
1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY (Aug 2007 - Sep 2007)
  **Current Residents at Address:**
    LESA V BROWN
    BRENDA INGA GADSDEN
    EUMALIE V EUMALIE
    PETER D LAWRENCE
    ALFONSO DELAINE BROWN
    SHANICE SALEACHIA SMITH
    RICARDO REGINALD HIELD
    MAKAYLA GADSDEN
6322 OKINAWA DR, COLORADO SPRINGS, CO 80902-3224, EL PASO COUNTY
(Aug 2007 - Sep 2007)
  **Current Residents at Address:**
    BAFFOUR ARNING
    TERRENCE I HIGGINS
    ALISHA MARIE HIGGINS
    719-559-6522


JRTC OPGRP, FORT POLK, LA 71459, VERNON COUNTY (Jun 2005 - Mar 2007)
7721 REDWOOD AVE, FAYETTEVILLE, NC 28314-6267, CUMBERLAND COUNTY
(Sep 2002 - May 2006)
  **Current Residents at Address:**
    KENYETTA S SHAW
    ROCHELLE ANNETTE BETHEA
    CHRISTINA SHAUNTEL SHEPHERD
    LAKISHA SHANTA MORRISON
    DARREL BETHEA
    ASHLEY CIERRA CLARK
    JOSHUA EL BETHEA
    MAKAYLA MCEACHERN
    910-764-4714


905 SANDALWOOD DR, FAYETTEVILLE, NC 28304-4160, CUMBERLAND COUNTY

Exhibit "C"

(May 1999 - Mar 2003)
>>>> **Current Residents at Address:**
>>>> JAMES MARIE BAINBRIDGE
>>>> VANESSA DIANE PARKER
>>>> ENITE FENELON
>>>> JAMES EDWARD ALEXANDER JACKSON
>>>> RILIO MERANT
>>>> DEEDRICK MERVYN WHITLEY
>>>> WILKENS MERANT
>>>> 910-826-9606


>>>> 6407 WALLABY CT, FAYETTEVILLE, NC 28314-1618, CUMBERLAND COUNTY
(Aug 1998 - Jan 2003)
>>>> **Current Residents at Address:**
>>>> RONALD CLINTON ADAMS
>>>> CYNTHIA M WEEKS
>>>> QUINTON DENZELL JACKSON
>>>> THOMAS KASYRA IMOGENE NAQUIRA
>>>> JASON GORDON THOMAS
>>>> 910-826-9606



>> JOE M ULLOTH
>> 580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
>> **Previous And Non-Verified Address(es):**
>> 3525 E CI, ROCK ISLAND, IL 61201, ROCK ISLAND COUNTY (Aug 2017)
>> 10220 NIGHT HAWK AVE, TACOMA, WA 98433-0225, PIERCE COUNTY (Aug 2012 - May 2016)
>>>> **Current Residents at Address:**
>>>> KATHERINE ANN BEESON
>>>> SCOTT DAVID BRINSON
>>>> ELLEN KATHLEEN FERGUSON
>>>> DONALD WAYNE FERGUSON II
>>>> KRISTEN MARIE ARREDONDO
>> 501 PORTRUSH LN, CIBOLO, TX 78108-4340, GUADALUPE COUNTY (Sep 2014)
>>>> **Current Residents at Address:**
>>>> ETOISE P BLACKWELL
>>>> WILLIAM ANTHONY CAMBRON
>>>> CARMEN A CAMBRON
>>>> TRENTON L BEAN

>> MARCUS ULLOTH            DOB: 4/26/1995
>> **Previous And Non-Verified Address(es):**
>> 500 NE MAIDEN LN APT 9, PULLMAN, WA 99163-4188, WHITMAN COUNTY (Sep 2016 - May 2017)
>> 225 NW TIMOTHY ST APT 4, PULLMAN, WA 99163-3451, WHITMAN COUNTY
(May 2016 - Sep 2016)
>>>> **Current Residents at Address:**
>>>> LAUREL R ROBINETTE
>>>> MARCUS MCCLUND
>> 10220 NIGHT HAWK AVE, TACOMA, WA 98433-0225, PIERCE COUNTY (Dec 2013)
>>>> **Current Residents at Address:**
>>>> KATHERINE ANN BEESON
>>>> SCOTT DAVID BRINSON
>>>> ELLEN KATHLEEN FERGUSON
>>>> DONALD WAYNE FERGUSON II
>>>> KRISTEN MARIE ARREDONDO
>> 501 PORTRUSH LN, CIBOLO, TX 78108-4340, GUADALUPE COUNTY
>>>> **Current Residents at Address:**
>>>> ETOISE P BLACKWELL
>>>> WILLIAM ANTHONY CAMBRON

Exhibit "C"

Comprehensive Report

CARMEN A CAMBRON
TRENTON L BEAN


**Neighbors:**

**Neighborhood:**

1019 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY (Sep 2006 - Jan 2020)
**Residents:**
LESA V BROWN  DOB: 4/10/1973
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988
BRENDA INGA GADSDEN  DOB: 10/28/1970
580-21-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1986  and  12/31/1988

EUMALIE V EUMALIE  DOB: 2/18/1949
580-02-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1972  and  12/31/1974
PETER D LAWRENCE  DOB: 3/13/1948
580-10-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1936  and  12/31/1951
ALFONSO DELAINE BROWN                          DOB: 6/28/1995
SHANICE SALEACHIA SMITH                        DOB: 1/15/1994
RICARDO REGINALD HIELD                         DOB: 10/6/1995
MAKAYLA GADSDEN
239-455-7994


**Address(es):**
1018 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY (Sep 2006 - Jan 2020)
ALBERTO J ALVIRA                          DOB: 4/15/1996
1016 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY (May 2000 - Mar 2020)
SUSAN MARIE HUEY  DOB: 7/15/1946
173-36-xxxx issued in Pennsylvania  between  1/1/1962  and  12/31/1963
407-847-4794


1011 EIFFEL LN, KISSIMMEE, FL 34759-3419, OSCEOLA COUNTY (Dec 1997 - Mar 2020)
**Residents:**
BERECIA GENETHA LETTSOME  DOB: 7/16/1966
580-06-xxxx issued in Virgin Islands or Puerto Rico  between  1/1/1975  and  12/31/1977
PATRICIA LYNN LETTSOME                          DOB: 7/1/1992
ADRIAN COLON                          DOB: 9/7/1991
407-846-1724


**Neighborhood:**
3800 W TOWN CENTER BLVD APT, ORLANDO, FL 32837-6196, ORANGE COUNTY
(Aug 2016 - May 2017)


**Address(es):**
3708 W TOWN CENTER BLVD STE D, ORLANDO, FL 32837-5869, ORANGE COUNTY
(Sep 2015 - Jan 2020)
**Residents:**
JACOB J ANGEL  DOB: 5/10/1958
155-64-xxxx issued in New Jersey  between  1/1/1977  and  12/31/1978
KEVIN LEROY KNIGHT  DOB: 12/18/1960
267-43-xxxx issued in Florida  between  1/1/1973  and  12/31/1973


**Neighborhood:**
431 14TH ST NE, NAPLES, FL 34120-9407, COLLIER COUNTY (Sep 1991 - Dec 2007)

Exhibit "C"

Comprehensive Report

**Residents:**
     JAYE G PROCH  DOB: 8/11/1956
       265-27-xxxx issued in Florida  between  1/1/1970  and  12/31/1970
     ARNALDO P GONZALEZ               DOB: 10/25/1975
     JOHNNIE MCDANIELS
     CARLOS RAFAEL PEREZ             DOB: 1979

**Current phones listed at this address:**
     239-348-8322 - EDT SAINZ ALMA

     239-455-0305 - EDT MCDANIELS JOHNNIE

     239-455-2994

**Address(es):**
   460 14TH ST NE, NAPLES, FL 34120-9476, COLLIER COUNTY (Nov 1994 - Mar 2020)
     **Residents:**
       DANIEL JOHN DASH  DOB: 2/13/1956
         261-33-xxxx issued in Florida  between  1/1/1971  and  12/31/1971
       PAUL S CRAFT  DOB: 12/13/1968
         593-22-xxxx issued in Florida  between  1/1/1983  and  12/31/1984
       NATASCHA BARBARA CRAFT             DOB: 7/11/1973
       239-352-4218 - EDT CRAFT PAUL S

**Neighborhood:**
   574 14TH ST N, NAPLES, FL 34102-3430, COLLIER COUNTY (Aug 1989 - Jul 2004)
     HOLLY ANGELIA WEEKS             DOB: 2/26/1991

**Address(es):**
   576 14TH ST N, NAPLES, FL 34102-3430, COLLIER COUNTY (Feb 1985 - Mar 2020)
     A BLACKMAN  DOB: 5/1920
       416-40-xxxx issued in Alabama  between  1/1/1936  and  12/31/1951
       SSN belongs to a person reported as deceased.
     941-262-4063

   571 14TH ST N, NAPLES, FL 34102-3429, COLLIER COUNTY (Jul 1968 - Feb 2020)
     **Residents:**
       FREDDIE LEE COMMODORE  DOB: 9/27/1934
         267-42-xxxx issued in Florida  between  1/1/1936  and  12/31/1951
       CLARA MAE COMMODORE  DOB: 5/25/1938
         250-64-xxxx issued in South Carolina  between  1/1/1956  and  12/31/1957
       SSN belongs to a person reported as deceased.
     239-263-0131 - EDT COMMODORE FREDERICK L

 579 14TH ST N, NAPLES, FL 34102-3429, COLLIER COUNTY (Oct 1992 - Mar 2020)
     **Residents:**
       ANNETTE L BULGER  DOB: 2/6/1963
         264-57-xxxx issued in Florida  between  1/1/1974  and  12/31/1974
       SSN belongs to a person reported as deceased.
       ETHENA L BULGER  DOB: 10/4/1990
         591-04-xxxx issued in Florida  between  1/1/1990  and  12/31/1991
     239-434-8206 - EDT BULGER ANNETTE

   568 14TH ST N, NAPLES, FL 34102-3430, COLLIER COUNTY (Mar 1991 - Mar 2020)

Exhibit "C"

Comprehensive Report

**Residents:**

JULIA K CAMBRIDGE  DOB: 3/11/1932

346-34-xxxx issued in Illinois  between  1/1/1958  and  12/31/1960

PEARL WHITTAKER  DOB: 8/29/1947

074-62-xxxx issued in New York  between  1/1/1978  and  12/31/1980

585 14TH ST N, NAPLES, FL 34102-3429, COLLIER COUNTY (Apr 1985 - Mar 2020)

VIVIAN ST LOUIS

265-62-xxxx issued in Florida  between  1/1/1957  and  12/31/1958

**Source Information:**

| | |
|---|---|
| All Sources | 58  Source Document(s) |
| Professional Licenses | 8  Source Document(s) |
| Voter Registrations | 4  Source Document(s) |
| UCC Lien Filings | 1  Source Document(s) |
| Historical Person Locator | 24  Source Document(s) |
| Person Locator 2 | 6  Source Document(s) |
| Deed Transfers | 4  Source Document(s) |
| Tax Assessor Records | 11  Source Document(s) |

Exhibit "C"

Florida Department of State

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

## Detail by Entity Name

Foreign Profit Corporation
DOLLAR TREE STORES, INC.

Filing Information

| | |
|---|---|
| **Document Number** | P23953 |
| **FEI/EIN Number** | 54-1387365 |
| **Date Filed** | 04/19/1989 |
| **State** | VA |
| **Status** | ACTIVE |
| **Last Event** | NAME CHANGE AMENDMENT |
| **Event Date Filed** | 03/02/1994 |
| **Event Effective Date** | NONE |

Principal Address

500 VOLVO PKWY
CHESAPEAKE, VA 23320

Changed: 05/01/2000

Mailing Address

500 VOLVO PARKWAY
CHESAPEAKE, VA 23320

Changed: 01/06/2012

Registered Agent Name & Address

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Name Changed: 06/01/2017

Address Changed: 06/01/2017

Officer/Director Detail

**Name & Address**

Title CEO, Director

Philbin , Gary
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Exhibit "D"

Title VP

Miller , Deborah
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Chief Legal Officer, General Counsel and Corporate Secretary

Old, William A., Jr.
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP, Treasurer, Asst. Secretary

Dean , Roger
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP, Asst. Secretary

Elder , Jonathan L.
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Asst. Secretary

Totten-Medley , Shawnta
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Asst. Secretary

Bertucci, Cynthia
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Chairman

Sasser , Bob
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Director, CFO

Wampler , Kevin S.
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP, Controller, Assistant Secretary

Mallas, Kathleen

500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title President and Chief Operating Officer

Witynski, Mike
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Chief Development Officer

Walters, Bruce
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

Teeter, Christopher
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Senior Vice President

Littler, Todd
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Deputy General Counsel

BERMAN, BETH
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Chief Human Resouce Officer

CLICK, BETTY
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

PRETTYMAN, BRIAN
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

PAOLINI, BRUCE
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

WILLIAMS, CHRISTOPHER
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Asst. Secretary

YORK, CJ
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

CORL, CURTIS
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

JEWELL, DAVID
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

MARTINEZ, DAWN
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

YOST, DOUGLAS
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

TORRELL, FRANK
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Chf Supply Chain Off

MAXWELL, GARY
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Dep Gen Cnsl

STOCKWELL, KAY
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

PETERSON, KEVIN
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

HENDRICKS, MICHEAL
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

PROFFITT, MIKE
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

MULLARKEY, PATRICK
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

BARNETT, PETER
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

GUILER, RANDY
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Chief Merchandising Officer

MCNEELY, RICHARD
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Chief Global Products Officer

RUDMAN, ROBERT
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

THOMSON, ROBERT

500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

HARDEN, RUSS
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

FARRELL, STEVE
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

SCHUMACHER, STEVEN
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

KAUFMAN, SUZAN
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title Senior Vice President

MCALOON, THOMAS
500 VOLVO PKWY
CHESAPEAKE, VA 23320

Title VP

CHASE, VIRGINIA
500 VOLVO PKWY
CHESAPEAKE, VA 23320

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2017 | 04/24/2017 |
| 2018 | 04/20/2018 |
| 2019 | 04/25/2019 |

**Document Images**

| | |
|---|---|
| 04/25/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2018 -- ANNUAL REPORT | View image in PDF format |
| 08/21/2017 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 06/01/2017 -- Reg. Agent Change | View image in PDF format |
| 04/24/2017 -- ANNUAL REPORT | View image in PDF format |

Exhibit "D"

| | |
|---|---|
| [04/18/2016 -- ANNUAL REPORT](#) | View image in PDF format |
| [01/15/2015 -- ANNUAL REPORT](#) | View image in PDF format |
| [04/22/2014 -- ANNUAL REPORT](#) | View image in PDF format |
| [02/13/2014 -- Reg. Agent Change](#) | View image in PDF format |
| [04/09/2013 -- ANNUAL REPORT](#) | View image in PDF format |
| [01/06/2012 -- ANNUAL REPORT](#) | View image in PDF format |
| [02/24/2011 -- ANNUAL REPORT](#) | View image in PDF format |
| [04/14/2010 -- ANNUAL REPORT](#) | View image in PDF format |
| [04/16/2009 -- ANNUAL REPORT](#) | View image in PDF format |
| [04/17/2008 -- ANNUAL REPORT](#) | View image in PDF format |
| [04/17/2007 -- ANNUAL REPORT](#) | View image in PDF format |
| [02/20/2006 -- ANNUAL REPORT](#) | View image in PDF format |
| [02/08/2005 -- ANNUAL REPORT](#) | View image in PDF format |
| [04/29/2004 -- ANNUAL REPORT](#) | View image in PDF format |
| [05/02/2003 -- ANNUAL REPORT](#) | View image in PDF format |
| [05/07/2002 -- ANNUAL REPORT](#) | View image in PDF format |
| [05/12/2001 -- ANNUAL REPORT](#) | View image in PDF format |
| [05/01/2000 -- ANNUAL REPORT](#) | View image in PDF format |
| [05/10/1999 -- ANNUAL REPORT](#) | View image in PDF format |
| [04/03/1998 -- ANNUAL REPORT](#) | View image in PDF format |
| [03/05/1997 -- ANNUAL REPORT](#) | View image in PDF format |
| [03/27/1996 -- ANNUAL REPORT](#) | View image in PDF format |
| [04/18/1995 -- ANNUAL REPORT](#) | View image in PDF format |

Florida Department of State, Division of Corporations

Exhibit "D"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOROTHY MAE JONES,                    CASE NO.: 8:17-CV-1949-T-36AEP

    Plaintiff,

v.

FAMILY DOLLAR STORES OF
FLORIDA, LLC and DAWN ROSS,

    Defendants.
_____/

## AFFIDAVIT OF COLLEN STUBBS, FAMILY DOLLAR STORES OF FLORIDA, LLC'S LIABILITY CLAIMS ANALYST, IN SUPPORT OF REMOVAL

STATE OF VIRGINIA
COUNTY OF NORFOLK

    Before me, the undersigned officer, duly authorized to administer oaths, personally appear, COLLEEN STUBBS, who being duly sworn according to the law did depose and state:

    1.    I, Colleen Stubbs, am over the age of 18 and have personal knowledge of the facts and matters set forth herein and am competent to testify as to the facts and matters set forth herein.

    2.    I am the Liability Claims Analyst for Family Dollar Stores of Florida, LLC, the Defendant in the above captioned action, and I manage litigation involving Family Dollar Stores of Florida, LLC.

    3.    Defendant Family Dollar Stores of Florida, LLC is a citizen of the State of Virginia.

4.   Defendant Family Dollar Stores of Florida, LLC was incorporated in the State of Virginia and has its principal place of business in Virginia.

5.   Defendant Family Dollar Stores of Florida, LLC is a limited liability company comprised of the following members:

- President, Duncan Mac Naughton
  10401 Monroe Road
  Matthews, North Carolina 28105

- Senior Vice President, Chief Legal Officer, General Counsel and Secretary, William A. Old, Jr.
  500 Volvo Parkway
  Chesapeake, Virginia 23320

- Assistant Secretary, Sandra L. Boscia
  10401 Monroe Road
  Matthews, North Carolina 28105

- Vice President, Deborah Miller
  500 Volvo Parkway
  Chesapeake, Virginia 23320

- Assistant Secretary, CJ York
  500 Volvo Parkway
  Chesapeake, Virginia 23320

- Vice President and Treasurer, Roger Dean
  500 Volvo Parkway
  Chesapeake, Virginia 23320

- Vice President, Assistant General Counsel, and Assistant Secretary, Thomas E. Schoenheit
  10401 Monroe Road
  Matthews, North Carolina 28105

- Vice President, Bruce Walters
  500 Volvo Parkway
  Chesapeake, Virginia 23320

I hereby swear and affirm under penalty of perjury that the foregoing is based upon personal knowledge and is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

COLLEEN STUBBS,
Liability Claims Analyst
Family Dollar Stores of Florida, LLC

STATE OF VIRGINIA
COUNTY OF NORFOLK

The foregoing instrument was sworn to and subscribed before me this _5_ day of _Sept._ 2017, by COLLEEN STUBBS, who is personally known to me OR who produced _____ as identification, and who did take an oath.

Sworn to and subscribed before me this _5_ day of _Sept._, 2017.

NOTARY PUBLIC

State of Virginia

SUSAN RENE UNDERWOOD
NOTARY PUBLIC
REG. #7377139
MY COMMISSION EXPIRES
10/31/2018
COMMONWEALTH OF VIRGINIA

## THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF FLORIDA,
## ORLANDO DIVISION

EUMALIE LAWRENCE,

      Plaintiff,

v.

DOLLAR TREE STORES INC. AND
VILMARI NAVARRO

      Defendants.

_____/

## AFFIDAVIT OF ALISHA BORING

BEFORE ME personally appeared Alisha Boring, who, after being duly sworn, deposes and says:

1.     My name is Alisha Boring, and I am over the age of eighteen years and otherwise *sui juris*. I have personal knowledge regarding the facts contained in this affidavit.

2.     I am employed by Dollar Tree, Inc. as a Liability Claims Analyst in the General Liability Claims – Risk Management Department.

3.     I am aware of information related to this litigation in my capacity as an employee with Dollar Tree, Inc.   ·

4.     In response to Plaintiff's lawsuit, I understand Plaintiff named Vilmari Navarro as a party.  More specifically, Plaintiff alleged she was an employee of Dollar Tree Stores, Inc. working on the date alleged in the Complaint.

5.     Our records show Vilmari Navarro was not working at the store located at 650 Centerview Boulevard, Kissimmee, FL, 34741 on February 25, 2019, the day of this alleged incident.

6.     Our records further show that Vilmari Navarro was never scheduled to work on the date of the alleged incident.

7.     Our records further show, she neither clocked in or clocked out on February 25, 2019.

8.     Therefore, there is no evidence establishing she worked on February 25, 2019.

9.     In conclusion, there is not an employee by the name of Vilmari Navarro that worked at the Dollar Tree Store located at 650 Centerview Boulevard, Kissimmee, Florida, 34741 on the day and time of the incident, February 25, 2019

10.    As such, Vilmari Navarro is erroneously and potentially fraudulently named as a party to this litigation.

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June ___16___, 2020.

_____
Alisha   Boring,   as   the   corproate
representative for Dollar Trees Stores,
Inc.

2

Exhibit "F"

BEST IMAGE POSSIBLE

# MORGAN & MORGAN®

*Attorneys At Law*

20 N. ORANGE AVENUE, 16th FLOOR
POST OFFICE BOX 4979
ORLANDO, FL 32802-4979
(407) 420-1414

January 21, 2020

## *CERTIFIED MAIL – RETURN RECEIPT*

*9099295*

Ms. Dionne Burress
Sedgwick CMS
Post Office Box 14436
Lexington, KY 40512-4436

Re:    Our Client:    Eumalie Lawrence
        Your Insured:   Dollar Tree Stores, Inc.
        Claim No:      30192355984-0001
        Date/Accident: 2/25/2019

Dear Ms. Burress:

As you are aware, our firm has been retained to represent Eumalie Lawrence in her negligence claim against your insured. After careful consideration, it is our belief that this claim has reached a point where settlement should be considered, thereby avoiding the undue costs associated with litigation.

## *D/ACCIDENT:*
2/25/2019

## *AGE, SEX, OCCUPATION OF CLIENT:*
70 / Female / Retired

## *CAUSE OF INJURY:*
On February 25, 2019, at approximately 4:30 P.M., our client, Eumalie Lawrence, arrived at the Dollar Tree located at 650 Centerview Boulevard, Kissimmee, FL 34741. As Mrs. Lawrence was walking towards the cash registers, she slipped and fell on glitter liquid glue substance left at the door.

## *LIABILITY:*
**Clear.** It is our position that liability is clear and that the only issue to be negotiated in this case is the value of the bodily injury claim.

## *NATURE OF INJURY:*
Following the incident, Mrs. Lawrence went to Dr. Tahsina Atiquzzaman to be examined. When she first presented, she had chief complaints of low back pain. They ordered x-rays.
Mrs. Lawrence also went to Mumtaz Medical Associates to be examined. She had complaints of back and right shoulder pain. She was diagnosed with bursitis of the right shoulder.

20200127161865

— www.forthepeople.com —

ATLANTA, GA ◆ BIRMINGHAM, AL ◆ BOWLING GREEN, KY ◆ COLUMBUS, GA ◆ DAYTONA BEACH, FL ◆ DELAND, FL ◆ FT. MYERS, FL ◆ JACKSON, MS ◆ JACKSONVILLE, FL
KISSIMMEE, FL ◆ LAKELAND, FL ◆ LEXINGTON, KY ◆ LOUISVILLE, KY ◆ MELBOURNE, FL ◆ MEMPHIS, TN ◆ MOBILE, AL ◆ NAPLES, FL ◆ NASHVILLE, TN ◆ NEW YORK, NY
ORLANDO, FL ◆ PADUCAH, KY ◆ PENSACOLA, FL ◆ PLANTATION, FL ◆ PRESTONSBURG, KY ◆ ST. AUGUSTINE, FL ◆ ST. PETERSBURG, FL ◆ SARASOTA, FL
SAVANNAH, GA ◆ TALLAHASSEE, FL ◆ TAMPA, FL ◆ TAVARES, FL ◆ WEST PALM BEACH, FL ◆ WINTER HAVEN, FL

Sedgwick CMS
Dionne Burress
January 21, 2020
Page 2 of 3

Mrs. Lawrence followed up with Premier Ortho of Orlando. She started a course of treatment to help alleviate the pain she was suffering from. Diagnostics were ordered, and the results revealed:

- Disc bulge at L1-2 with encroachment
- Disc herniation at L2-3 with neural encroachment, greater on the left, and fluid within he facet joints.
- Disc herniation with a radial tear at L3-4 with neural encroachment, with neural encroachment and fluid within the facet joints.
- Disc herniation at L4-5 with neural encroachment, which abuts the L4 nerve roots.
- Disc bulge at L5-S1
- Rotator cuff tendinosis and tendonitis with mild undersurface partial tearing of the supraspinatus tendon.
- Mild subacromial and subdeltoid bursitis.
- Acromioclavicular joint hypertrophy and inflammation.

Due to her injuries, Mrs. Lawrence underwent further treatment. As a result of her low back injuries, she underwent a total of four lumbar ESI. Surgical intervention for her right shoulder was discussed.

On September 10, 2019, Mrs. Lawrence underwent right shoulder arthroscopy surgery. Following the surgery, she treated with South Orange Wellness & Injury for physical therapy. I have included the medical records for review.

Ultimately, it was determined Mrs. Lawrence sustained a permanent injury with a reasonable degree of medical probability as a direct result of this incident.

### *MEDICAL TREATMENT/FACILITIES:*
See "Special Damages" itemization attached.

### *FUTURE MEDICAL TREATMENT:*
Mrs. Lawrence will require future care and treatment for any flare ups as a result of this fall.

***DEMAND:***    $500,000.00

On the basis of the foregoing damages, it is our opinion that a reasonable settlement value for Eumalie Lawrence's claim for bodily injuries, impairments, damages, and losses is well in excess of $500,000.00, for which we hereby make demand.

This claim could and should be settled for $500,000.00. By doing so, we can spare all parties additional legal fees, costs, and delay.

**Please be advised that this settlement demand is conditioned upon an agreement between our office and your company regarding the release and certified confirmation of coverage.**

This offer of settlement will remain open for 30 days from the date of receipt of this letter by certified mail. Enclosed please find all medical records and medical bills in our possession, which document the claim of Eumalie Lawrence and assist you in your evaluation. Please review the foregoing information

Exhibit "G"

BEST IMAGE POSSIBLE

Sedgwick CMS
Dionne Burress
January 21, 2020
Page 3 of 3

and contact my Case Manager, Evelyn Rubio, at (407) 420-5818 or erubio@forthepeople.com to discuss
settlement prior to our initiation of litigation.  We look forward to hearing from you soon in this regard.

Sincerely,

Stefano Batista-Cagan, Esq

SBC\er

Enclosures

20200127161865

Exhibit "G"